IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIDI TECHNOLOGIES CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> VISIBLE WORLD, INC. and CABLEVISION SYSTEMS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 11-397 (SLR) ) ) ) ) ) ) ) |

### DEFENDANT VISIBLE WORLD, INC.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Visible World, Inc. states that it has no parent corporation, and no publicly held corporations own 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Visible World, Inc.*

OF COUNSEL:

John E. Nathan
Catherine Nyarady
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

November 14, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Thomas L. Halkowski, Esquire
> FISH & RICHARDSON P.C.

I further certify that I caused copies of the foregoing document to be served on November 14, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Thomas L. Halkowski, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Frank E. Scherkenbach, Esquire<br>Steven R. Katz, Esquire<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02210 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)