**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INVIDI TECHNOLOGIES CORPORATION,<br><br>           Plaintiff,<br><br>    v.<br><br>VISIBLE WORLD, INC. and CSC HOLDINGS, LLC<br><br>           Defendants. | C.A. No. 11-397 (RGA-CJB)<br><br><br><br>REDACTED VERSION |

**JOINT APPENDIX IN SUPPORT OF
JOINT CLAIM CONSTRUCTION BRIEF
OF PLAINTIFF INVIDI TECHNOLOGIES AND
DEFENDANTS VISIBLE WORLD, INC. AND CSC HOLDINGS, LLC**

Morris, Nichols, Arsht & Tunnell LLP
Jack B. Blumenfeld (#1014)
Regina S.E. Murphy (#5648)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rmurphy@mnat.com

Of Counsel:

John E. Nathan
Catherine Nyarady
Andrew S. Brown
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019

*Attorneys For Defendants Visible World, Inc.
and CSC Holdings, LLC*

Fish & Richardson P.C.
Thomas L. Halkowski (#4099)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
halkowski@fr.com

Of Counsel:

Frank E. Scherkenbach
Steven R. Katz
Fish & Richardson P.C.
One Marina Park Drive
Boston, Ma 02210

*Attorneys For Plaintiff
Invidi Technologies Corporation*

Benjamin Hershkowitz
R. Scott Roe
Justin Solomon Nematzadeh
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

*Attorneys For Defendant CSC Holdings, LLC*

Dated:  January 11, 2013

| Joint Appendix Page No. | Document |
|---|---|
| JA-1 – JA-11 | United States Patent No. 5,661,516 (Carles) *System and Method for Selectively Distributing Commercial Messages Over A Communications Network* |
| JA-12 – JA-21 | United States Patent No. 5,260,778, (Kauffman, et al.) *Apparatus For Selective Distribution Of Messages Over A Communications Network* |
| JA-22 – JA-36 | United States Patent No. 5,155,591 (Wachob) *Method And Apparatus For Providing Demographically Targeted Television Commercials* |
| JA-37 – JA-43 | USPTO Response to Office Action for Serial No. 8/303,352 In re Application of John B. Carles *System And Method For Selectively Distributing Commercial Messages Over A Communications Network* |
| JA-44 – JA-47 | Deposition transcript of Gerrit Niemeijer, December 6, 2012 |
| JA-48 – JA-49 | Deposition transcript of Seth Haberman, November 7, 2012 |
| | ███████████████████████████████████████ |
| JA-51 – JA-65 | European Patent Office Response – Application No. 95933116.6-2202 |
| JA-66 – JA-67 | Bruce Anderson Confidential letter to John Carles, June 6, 2005 |
| JA-68 – JA-99 | *Digital Cabe Network Interface Standard*, ANSI/SCTE 40/2004 (VISIBLE 00036105) |

US005661516A

# United States Patent [19]

## Carles

[11] **Patent Number:** **5,661,516**

[45] **Date of Patent:** ***Aug. 26, 1997**

[54] **SYSTEM AND METHOD FOR SELECTIVELY DISTRIBUTING COMMERCIAL MESSAGES OVER A COMMUNICATIONS NETWORK**

[76] Inventor: **John B. Carles**, 40 E. 10th St. - Apt. 5H, New York, N.Y. 10003

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,515,098.

[21] Appl. No.: **602,921**

[22] Filed: **Feb. 16, 1996**

### Related U.S. Application Data

[63] Continuation of Ser. No. 303,352, Sep. 8, 1994, Pat. No. 5,515,098.

[51] Int. Cl.$^6$ .................................................. H04N 7/10

[52] U.S. Cl. ................................. **348/8**; 348/6; 455/3.3

[58] Field of Search ................................ 348/1, 6, 8, 10, 348/12; 455/2, 3.3, 4.2, 5.1; 358/86, 84; H04N 7/10

[56]          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,155,591 | 10/1992 | Wachob | ..................................... 348/9 |
| 5,260,778 | 11/1993 | Kauffman | ................................. 455/6.2 |

*Primary Examiner*—Sherrie Hsia
*Attorney, Agent, or Firm*—Darby & Darby

[57]          **ABSTRACT**

A device and method of distributing commercial messages to an individually addressable subscriber terminal ("converter") on a network is provided. A server, located on the network, selectively tags commercial messages with routing information and converter addresses, and transmits the messages on the network to be received and displayed by the addressed converters. The addresses are selected based on information stored in a database related to demographic and other information relating to the members of the household of the subscriber. The server sends selected commercial messages to selected households.

**12 Claims, 4 Drawing Sheets**





# Fig. 1



**Fig. 2**





Step 1 — Identify a Representative Sample of Customer Households

Step 2 — Gather Information Concerning Customer Households

Step 3 — Develop statistical Profile of Customer Households

Step 4 — Gather Information Concerning All Households

Step 5 — Develop Statistical Profile of All Households

Step 6 — Compare Customer Household Profile with All Households Profile

Step 7 — Note Factors with Largest Differences

Step 8 — Weight Importance of Differences

Step 9 — Evaluate Each Subscriber Household as A Target

**Fig. 4**



Fig. 5

5,661,516

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# SYSTEM AND METHOD FOR SELECTIVELY DISTRIBUTING COMMERCIAL MESSAGES OVER A COMMUNICATIONS NETWORK

This is a continuation of application Ser. No. 08/303,352, filed Sep. 8, 1994, U.S. Pat. No. 5,515,098.

## FIELD OF THE INVENTION

The present invention relates generally to on-demand consumer ordered television and, more particularly, concerns a method for distributing advertising and commercial messages in such an environment.

## BACKGROUND OF THE INVENTION

The broadcast and advertising industries have historically focused on the ability of programming to predictably deliver a mass audience of people defined by broad demographics (e.g. women 35–49 with above average income, men 18–34) as a basis for selling broadcast advertising. This system works in the current configuration of the broadcast industry, and specifically television, because there are a limited number of network channels and local stations. Further, they deliver a limited programming menu to the public, thus, neither the public nor the advertiser has many choices. Even with the advent of cable television, programming is still limited, so that audiences can be predicted.

Through the use of fiber optic cable and individual household satellite signal receptors, it is anticipated that a 500+ channel environment will soon be common. Further, with advances in high capacity video storage and movement toward digital format for television transmission, on-demand television is on the horizon, whereby a subscriber may select between viewing a program at the time of transmission or viewing a program stored in a digital library at a central location in a cable network at a time of the viewer's choosing. With the anticipated increase in viewing options, efficient delivery of defined audience for advertisers through the sale of in-program participation or pre-set time slots on a given channel will become increasingly difficult.

U.S. Pat. No. 5,260,778 to Kaufman, the disclosure of which is herein incorporated by reference, discloses an apparatus for selective distribution of messages over a communications network. A subscriber's converter is addressed according to a multilevel grouping structure. For example, in a two level grouping structure, each converter is assigned as a member of a primary group and may also be assigned to one or more subgroup. Thus, the head end can target a group of subscribers by tagging the appropriate group identifier to the message. Although this apparatus might be useful in a cable network with a large number of channels, it would not be appropriate in a more dynamic viewing on-demand environment where each converter may need to be individually addressed.

It is an object of the present invention to provide a method and system for dynamically distributing commercial programming to selected target households.

It is another object of the invention to distribute commercial programming to particular subscribers based on predetermined characteristics.

In accordance with the present invention, a system and method are provided for distributing commercial messages to an individually addressable subscriber terminal ("converter") on a network. Commercial messages to be distributed over the network contain embedded information identifying categories of recipients for each message. A server, centrally located on the network, selectively tags commercial messages with the converter addresses of subscribers, satisfying the identifying categories. The commercial messages are then transmitted over the network for receipt and display by a television receiver connected to the addressed converters. The addresses are selected by the server based on information stored in a database related to demographic and other information relating to the household of the subscriber in comparison to the same information relating to households which are actual customers of the product or service which is the subject of the commercial.

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other features of the present invention will be more readily apparent from the following detailed description of preferred embodiments taken in conjunction with the attached drawings wherein:

FIG. 1 is a block diagram of the system for distributing commercial messages;

FIG. 2 is a block diagram of the converter useful with the present invention;

FIG. 3 is a block diagram of a preferred embodiment of a distribution center in accordance with the present invention;

FIG. 4 is a flowchart of the method for evaluating subscribers for the purpose of targeting commercials to the most receptive audience; and

FIG. 5 is a block diagram illustrating a preferred form for a wide area network embodying the present invention.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

FIG. 1 is a general block diagram illustration of a preferred system in accordance with the present invention. A message distribution center 5 communicates with a plurality of subscribers 15 (one is shown) over a network medium 17. The network disclosed preferably uses high speed packet switching technology, preferably a synchronous transfer mode switching (ATM) of a known type. One skilled in the art will recognize that any of a number of conventional high speed networks could be used. The message distribution center 5 controls the distribution and transmission of selected television programs, including those broadcast by broadcast stations, digitally stored or recorded movies and programs, and commercial messages.

The message distribution center 5 includes a server 10 (described in more detail later) which produces a data stream containing the programming and commercial information being transmitted, as well as information controlling the distribution of programming and commercial information. This data stream is transmitted on the network medium 17. The server 10 preferably runs on a high speed processor (not shown). One skilled in the art will recognize that the message distribution center may include several high speed processors running several servers depending on the number of converters on the network 17. The message distribution center 5 also includes a transmitter 12 for transmitting the information produced by server 10 on the network medium. Thus, the function of the message distribution center 5 is to prepare and transmit data to the subscribers 15 over network medium 17.

Each subscriber 15 must have a converter 14 (described in more detail later) for receiving the transmitted data. Converter 14 extracts from the data a signal which is appropriate for display on television receiver 16.

5,661,516

As illustrated in FIG. 3, in creating the information stream, server 10 accesses several databases and libraries (32, 34, 38) to gather the information, and it can also provide analog or digital, real time programs 35, such as broadcast programs and cable programs. Server 10 accesses a prerecorded digital library 32 which is comprised of prerecorded programs in a compressed digital or other storage format. For example, the programs may be stored on different types of known storage media, such as CD ROM, laser disk, or magnetic tape. Also stored in library 32 is information concerning the time in each program at which commercial breaks occur, and the duration of each break. The same information also accompanies real time programs. In many types of programming, this information may be unnecessary, since breaks of fixed duration will occur at predetermined times.

In addition to providing programming information in its transmission stream, server 10 also provides commercial messages. Server 10 has access to a library of commercial messages 38, which contains all of its commercial messages stored in a convenient format. Each commercial message is a "smart commercial", in that it contains embedded information identifying the categories of recipients for the message. As is explained more fully below, this embedded information is utilized by a Commercial Message Management Server (CMMS) 11 to produce a set of subscriber addresses corresponding to each category of recipient identified by the embedded information.

In the process of incorporating commercial messages in its transmission stream, server 10 accesses its database and libraries and cooperates with CMMS 11 to create a commercial message schedule 31, which controls the selection and timing of those commercial messages from library 38 that will be inserted into the transmitted data stream. Whenever, server 10 selects programming for a particular subscriber, it also reserves space within the schedule 31 for the appropriate, accompanying commercial breaks. The actual messages inserted for each subscriber during each break are determined by CMMS 11 and are communicated to server 10 for insertion into schedule 31.

CMMS 11 accesses a commercial routing database 33, which includes information about required routing of commercial messages, and a household database (described in more detail below) containing statistical information related to individual subscriber households. Based upon information contained in commercial muting database 33 and information embedded in the commercial message (conveyed from server 10), CMMS 11 will select certain households or groups of households to receive certain commercial messages and will convey that information to server 10 for storage in commercial message schedule 31. The selection of households to receive commercial messages may be on the basis of household statistics in combination with requirements stored in commercial routing database 33, or the commercial messages may be associated with certain programming and/or certain viewing times and dates. When a break occurs in program material, commercial message schedule 31 determines which messages will be sent to each household, and server 10 will do so by embedding routing information from database 34 in its bit stream. Thus, each commercial message will have appropriate routing information associated with it.

Commercial routing database 33 keeps track of the routing requirements for commercial messages. It contains such information as how frequently each commercial message should be transmitted to each user or each group of users and the number of actual transmission of each message to each

user or group of users. This database may also associate certain commercial messages with certain programming or certain viewing time slots.

Any or all of the databases 33, 34, or 36 could be maintained and continually updated by a separate server (not shown) or by multiple servers. For example, database 36 could be maintained by a network of servers, each providing information about a group of households defining its region.

It is also contemplated that server 10, may, at times, be required to send no commercial message, but instead, to relinquish control to another source of a commercial message. This could occur, for example, when server 10 is part of a hierarchical network and time has been reserved for insertion of commercial messages by a local station below server 10. Server 10 would then insert no commercial message for a specified interval, but would begin inserting information immediately at the end of the interval.

From the preceding description, it will be appreciated that as determined from commercial message schedule 31, server 10 transmits information through transmitter 12, preferably after receiving a request for a particular program stored in library 32, or for an incoming real time program, from an individual subscriber (possibly a sub-server). Server 10 may also commence sending information instead, based on the day of the week and the time of day, and may route the same information to many subscribers. On a separate, preferably digital channel, server 10 transmits instructions to each subscriber controlling what channel it should access for its next commercial message. Server 10 routes each commercial message to a respective channel. When a commercial break is encountered in programming received by a subscriber, the subscriber's converter 14 is controlled to receive the commercial channel instructed by server 10. When the commercial break is over, converter 14 reverts to receiving the programming from server 10.

As described above, the subscriber must have a converter 14 connected to the network 17. Converter 14, as illustrated in FIG. 2, receives information addressed with the converter's network address via a known addressable data receiver 22. The information may include analog and digital signals. Only the processing of digital signals is illustrated in FIG. 2, it being assumed that the analog signals are processed by conventional components (not shown). The commercial messages and the control information related to them are digital signals in the preferred embodiment. The data receiver 22 preferably buffers and orders the digital information, stripping off all control and framing information (including routing information), in a high speed memory (not shown) for processing by microprocessor 24.

Microprocessor 24 accesses the buffered data and decompresses any digital program and commercial data, outputting the decompressed digital data as a digital signal to digital to analog converter 26. Digital to analog converter 26 converts the digital signal from microprocessor 24 to an analog signal. Modulator 28 modulates the commercial signal from the channel instructed by processor 10 to the appropriate television frequency for display on a particular channel being viewed by television receiver 16. One skilled in the art will understand that if the television is a digital television, the steps converting the digital signal to a modulated analog signal can be bypassed and the microprocessor would simple format the digital data to the format appropriate for the television. The function of the converter 14 is to receive information and output a signal appropriate for display on a television receiver.

As discussed above, commercial messages are selected by CMMS 11 based on profile household data stored in profile

5,661,516

5

database 36. FIG. 4 is a flow diagram illustrating the preferred method utilized in CMMS 11 for determining the commercials to be sent to a subscriber. A number of categories of goods and services, which categories may be limited to specific brands, are predefined, and these same categories are used as part of the embedded information in smart commercials. Using propriety or syndicated research, a representative sample of "customer" or high frequency user households for the given product/service category or brand is selected (step 1). This sample is large enough to support statistical analysis for projection to all US households, i.e. a statistical sample. Using demographic, census and survey data, and other available data, information about these households in a wide range of categories is gathered (step 2). This information is compiled into a statistical profile of customer households (step 3). Also, the same data is gathered with respect to all households (step 4) and a statistical profile of all households is created (step 5).

In an effort to characterize target households for the product or service, the profile of the customer households is compared or correlated to the profile of all households (step 6). Demographic differences between the profiles are then noted (step 7) and each category of information weighted in importance (step 8). For example, weighting may be based on a statistical analysis taking into account the degree of difference and frequency of occurrence of the category. A rating is then established for each household for each category of goods/services (step 9). As an example, for a given product (luxury automobiles), a rating, y, may be established as follows:

$$y=0.040425*A+0.045920*B+0.043766*C+$$
$$0.036453*D+0.033336*E+0.015284*F+0.012396*G+$$
$$0.023163*H+0.027470*I+0.018362*J+0.016994*K.$$

Table I defines what category of information each index variable A through K represents in a preferred embodiment related to a commercial message for luxury automobiles. The constant multiplier preceding each variable A-K, is the weighting factor for that variable as determined by the aforementioned statistical analysis. The value inserted for a variable in the above equation is determined from the table for that variable and the condition that applies for that variable. For example, if it were a white collar household, variable B would assume the index value for "white collar" in Table III. Every subscriber is scored filling an appropriate value in the above equation and solving for "y." The higher the score; the more likely the subscriber is to buy the corresponding product or service.

#### TABLE I

| VARIABLE | INDEX |
|---|---|
| A | Gender |
| B | Occupation |
| C | Length of Residence |
| D | Number of Automobiles |
| E | Vehicle Type |
| F | Head of Household Age |
| G | Household Income |
| H | Median Rent: All Renter Occupied Housing |
| I | Percent of Population: Foreign Born |
| J | Percent of Population: Age 35–44 |
| K | Percent of Population: Professional/Managerial Positions |

Variables A–G are variables specifically related to the individual subscriber's household whereas H–K are variables related to the location of the subscriber s home. As can be seen from this particular equation, occupation, length of

6

residence, and gender are the most important factors for this particular product.

The possible values for variables A–K are given in Tables II–XII. The columns are defined as follows:

VALUE: possible conditions that a variable may assume.

PERCENT OF TOTAL: percent of total analysis sample having the given value. The entries in this column always add up to 100%.

PERCENT OF TARGETS: percent of high frequency or target users meeting the value condition. Unlike Percent of Total, Percent Targets will not add up to 100%. However, the products of percent of target users for each category with the "Percent of Total" value (the size of the category in relation to the size of the analysis sample), will sum to the percent of target users in the analysis sample.

INDEX VALUE: the ratio between the entry in the "percent targets" column and the "total" entry in the same column.

#### TABLE II

| Gender | | |
|---|---|---|
| VALUE | PERCENT OF TOTAL | PERCENT TARGETS | INDEX VALUE |
|---|---|---|---|
| Unknown, Female | 14.64% | 1.99% | 0.3042 |
| Male | 85.36% | 7.32% | 1.1193 |
| TOTAL | 100.00% | 6.54 | 1.0000 |

#### TABLE III

| Occupation | | |
|---|---|---|
| VALUE | PERCENT OF TOTAL | PERCENT TARGETS | INDEX VALUE |
|---|---|---|---|
| Retired, Unskilled, Military, Unknown | 12.89% | 2.11% | 0.3230 |
| Blue Collar/Clerks | 56.42% | 4.63% | 0.7086 |
| Other | 5.01% | 5.05% | 0.7723 |
| White Collar | 25.68% | 13.23% | 2.0243 |
| TOTAL | 100.00% | 6.54% | 1.0000 |

#### TABLE IV

| Length of Residence | | |
|---|---|---|
| VALUE | PERCENT OF TOTAL | PERCENT TARGETS | INDEX VALUE |
|---|---|---|---|
| Less Than 6 Years, Unknown | 39.53% | 4.88% | 0.7470 |
| 7–14 Years | 21.51% | 6.34% | 0.9698 |
| 14 or More Years | 38.96% | 8.32 | 1.2733 |
| TOTAL | 100.00% | 6.54 | 1.0000 |

#### TABLE V

| Number of Automobiles | | |
|---|---|---|
| VALUE | PERCENT OF TOTAL | PERCENT TARGETS | INDEX VALUE |
|---|---|---|---|
| Unknown | 21.93% | 3.25% | 0.4967 |
| 0 | 12.95% | 3.96% | 0.6055 |
| 1 | 30.61% | 4.60 | 0.7037 |
| 2 | 22.90% | 10.21% | 1.5618 |

5,661,516

7

### TABLE V-continued

Number of Automobiles

| VALUE | PERCENT OF TOTAL | PERCENT TARGETS | INDEX VALUE |
|---|---|---|---|
| 3 Or More | 11.61% | 13.48% | 2.0632 |
| TOTAL | 100.00% | 6.54 | 1.0000 |

### TABLE VI

Vehicle Type

| VALUE | PERCENT OF TOTAL | PERCENT TARGETS | INDEX VALUE |
|---|---|---|---|
| Unknown | 34.97% | 3.52% | 0.53484 |
| Standard/Intermediate-Reg. Compact | 24.35% | 5.27% | 0.8070 |
| Other Compact, Subcompact | 10.36% | 7.06 | 1.0796 |
| Pass-util., Economy, Sporty | 20.76% | 8.56% | 1.3103 |
| Luxury | 9.55% | 15.82% | 2.4202 |
| TOTAL | 100.00% | 6.54 | 1.00 |

### TABLE VII

Head of Household Age

| VALUE | PERCENT OF TOTAL | PERCENT TARGETS | INDEX VALUE |
|---|---|---|---|
| 18–24/75+: SPC, 18–44: INF | 18.50% | 2.41% | 0.3689 |
| 65–75: SPC, 55+: INF | 15.99% | 4.35% | 0.6660 |
| 25–44: SPC, 45–55: INF | 33.93 | 7.38% | 1.1284 |
| 45–64: SPC | 31.58% | 9.16% | 1.4009 |
| TOTAL | 100.00% | 6.54% | 1.0000 |

*SPC — Specific age data is available for the head of household
INF — Inferred data, based on neighborhood characteristics are used for age determination

### TABLE VIII

Household Income

| VALUE | PERCENT OF TOTAL | PERCENT TARGETS | INDEX VALUE |
|---|---|---|---|
| Less Than $15,000 | 8.37% | 2.31% | 0.3529 |
| $15,000–$19,999 | 5.60% | 3.05% | 0.4665 |
| $20,000–$29,999 | 13.12% | 3.45 | 0.5275 |
| $30,000–$39,999 | 16.82% | 5.06% | 0.7743 |
| $50,000–$49,999 | 15.73% | 6.49% | 0.9936 |
| $50,000–$74,999 | 22.16% | 7.25% | 1.1098 |
| $75,000–$99,999 | 9.58% | 11.66% | 1.7838 |
| $100,000 Or More | 8.62% | 13.02% | 1.9926 |
| TOTAL | 100.00% | 6.54 | 1.0000 |

### TABLE IX

Median Rent: All Renter Occupied Housing

| VALUE | PERCENT OF TOTAL | PERCENT TARGETS | INDEX VALUE |
|---|---|---|---|
| Less Than $129 | 7.74% | 2.26% | 0.4004 |
| $130–$219 | 34.09% | 3.70% | 0.5665 |
| $220–$289, Missing Data | 30.39% | 6.55 | 1.0019 |

8

### TABLE IX-continued

Median Rent: All Renter Occupied Housing

| VALUE | PERCENT OF TOTAL | PERCENT TARGETS | INDEX VALUE |
|---|---|---|---|
| $290–$349 | 12.53% | 9.19% | 1.4065 |
| $350–$439 | 9.51% | 11.37% | 1.7403 |
| $440 Or More | 5.74% | 14.76% | 2.2581 |
| TOTAL | 100.00% | 6.54 | 1.0000 |

### TABLE X

Percent of Population: Foreign Born

| VALUE | PERCENT OF TOTAL | PERCENT TARGETS | INDEX VALUE |
|---|---|---|---|
| Less Than 1.00% | 14.70% | 3.59% | 0.5499 |
| 1.00%–2.99% | 22.98% | 4.86% | 0.7437 |
| 3.00%–6.99%, Missing Date | 31.67% | 6.60% | 1.0101 |
| 7.00% Or More | 30.65% | 9.13% | 1.3976 |
| TOTAL | 100.00% | 6.54% | 1.0000 |

### TABLE XI

Percent of Population: Age 35–44

| VALUE | PERCENT OF TOTAL | PERCENT TARGETS | INDEX VALUE |
|---|---|---|---|
| Less Than 7.00% | 4.21% | 3.08% | 0.4717 |
| 7.00%–9.99% | 22.99% | 4.54% | 0.6943 |
| 10.00%–13.99%, Missing Data | 45.07% | 5.80 | 0.8881 |
| 14.00%–15.99% | 13.08% | 8.52% | 1.3028 |
| 16.00% Or More | 15.05% | 10.97% | 1.6783 |
| TOTAL | 100.00% | 6.54 | 1.0000 |

### TABLE XII

Percent of Population:
Professional/Managerial Positions

| VALUE | PERCENT OF TOTAL | PERCENT TARGETS | INDEX VALUE |
|---|---|---|---|
| Less Than 11.00% | 9.54% | 3.51% | 0.5376 |
| 11.00%–19.99% | 25.19% | 4.02% | 0.6148 |
| 20.00%–217.99%, Missing Data | 25.40% | 4.68 | 0.7165 |
| 28.00%–32.99% | 11.64% | 7.01% | 1.0724 |
| 33.00%–41.99% | 14.73% | 10.14% | 1.5515 |
| 42.00%–49.99% | 7.91% | 12.08% | 1.8484 |
| 50.00% Or More | 5.58% | 13.14% | 2.0112 |
| TOTAL | 100.00% | 6.54 | 1.0000 |

When an advertiser is purchasing advertising time, it can specify a cut-off percentile for homes to receive its message. Thus if an advertiser wants to target the 30th percentile (top 30%) of subscribers (as evaluated by the above equation) for its product, the server **10** will only send the commercial messages to subscribers evaluated as being within the top 30 percent. This permits advertisers to spend advertising funds more efficiently.

FIG. 5 is a block diagram illustrating a preferred configuration for a hierarchical wide area network embodying the present invention. Global head end **50** is a distribution center

5,661,516

9 | 10

for the entire network and performs substantially the same functions as distribution center 5 of FIG. 1. Global head end **50** communicates with a plurality of regional head ends **52**, also similar to distribution center **5**, each of which, in turn, communicates with a distribution center **5**. It should be appreciated, however, that there may be one or more additional levels of head end between regional head ends **52** and local distribution center **5**.

The head ends **50**, **52** etc. are similar to the regional distribution center **5**, except that each maintains databases for its full region of responsibility. It will be appreciated that Global head end databases could be entirely derived at the Global head end, with corresponding portions of the databases being sent to the appropriate lower level of distribution center. Alternately, each level of distribution center could maintain its own databases, with information being transmitted upwardly to the higher levels, where an appropriate cumulative database would be assembled. The essential difference between a head end and a local distribution center is that only the local distribution center produces converter addresses to communicate directly with subscribers.

A head end transmits downwardly information containing smart commercials, but the smart commercials contain muting information indicating groups to receive the commercial. This is accomplished by defining a target group code representative of each type of product or service that may be covered by a commercial and, as routing information, transmitting the target group code or codes associated with the commercial, together with a percentile indication. A commercial message for luxury automobiles might therefore include the target group cede for luxury automobiles, together with a "30", indicating that the commercial is to be transmitted to the thirtieth percentile or top 30 percent of the customer group targeted for luxury automobiles. This is the same type of information embedded in commercials stored in Library **38** of FIG. 3.

It should be appreciated that in the system of FIG. 5, advertising information may be inserted at any level. For example, programming may be transmitted downwardly from Global head end **50** with certain commercial message slots already filled, and regional head ends **52** may then also fill other commercial message slots. Thus, by the time certain progamming reaches a local distribution center **5**, many of the commercial message slots may already be filled. It is then up to the local distribution center to receive and strip the group distribution codes accompanying each commercial message inserted at a higher level and to substitute the appropriate routing information for the actual subscribers in its region which meet that description. Any commercial slots in the programming which have not been filled at a higher level are, of course, available to be filled by any lower level distribution center.

While the present invention has been particularly shown and described with reference to preferred embodiments thereof, it will be understood by those skilled in the art that various changes in form and details may be made therein without departing from the spirit and scope of the invention.

What is claimed:

1. In a system for selectively distributing messages over a communications network, said system including a source of commercial messages, and a controller communicating over the network with a plurality of subscriber terminals in a plurality of subscriber households served by the communications network and controlling the transmission of the commercial messages from the source to the subscribers households over the network. each of the subscriber terminals having a network address, the combination of:

a reservoir of data containing network addresses of the subscriber terminals and subscriber profile data associated with each of the subscriber households and including demographic data;

selection means operatively associated with said reservoir for selecting at least one of the commercial messages for transmission to at least one of the subscriber terminals based on the subscriber profile data associated with said at least one subscriber terminal; and

identifying means operatively associated with said reservoir for identifying the selected at least one commercial message with the network address of said at least one subscriber terminal.

2. A system as in claim 1 wherein said reservoir of data further comprises target household profile data identifying characteristics of actual customers of the subject matter of said at least one commercial message, and means for comparing the subscriber profile data and said household profile data, said selection means selecting commercials for transmission to a subscriber terminal in relationship to the comparison between that subscriber profile data and the household profile data.

3. A system in accordance with claim 2 further comprising means for generating said target household profile data by comparing data representative of the general population of households and customer household data representative of actual customers of the subject matter of said at least one commercial message.

4. A system for selectively distributing commercial messages across a communications network to at least one of a plurality of subscriber terminals in subscriber households having a network address, comprising:

means for associating each of a collection of stored commercial messages with a product code representing characteristics of a subscriber household profile common to actual customers of the subject matter of the commercial message;

means for prioritizing said plurality of subscriber terminals with respect to each product code, based on the conformance of subscriber household profile data for each of said plurality of subscriber terminals to the characteristics represented by each product code; and

means for controlling the transmission of a commercial message from said collection to said subscriber terminals so that only terminals of a specified priority relative to the product code receive the commercial message associated with that product code.

5. The system of claim 4 wherein the means for prioritizing said plurality of subscriber terminals comprises:

means for comparing, with respect to each product code, profile data representative of customer households with profile data representative of all households, and producing a weighting factor with respect to each difference characteristic related to the frequency of occurrence; and

means for calculating a subscriber's priority with respect to the product code by analyzing the respective subscriber household profile for the presence of difference characteristics and adding the corresponding weighting factor to the subscriber's priority when a difference characteristic is present.

6. A method for selectively distributing commercial messages across a communications network to at least one of a plurality of subscriber terminals in subscriber households having a network address comprising the steps of:

associating each of a collection of stored commercial messages with a product code representing character-

5,661,516

11

istics of a subscriber household profile common to actual customers of the subject matter of a respective commercial message;

prioritizing said plurality of subscriber terminals with respect to each product code, based on the conformance of subscriber household profile data for each of said plurality of subscriber terminals to the characteristics represented by each product code; and

controlling the transmission of a commercial message from said collection to said subscriber terminals so that only terminals of a specified priority relative to the product code receive the commercial message associated with that product code.

7. The method of claim 6 wherein the specified priority is included in said product code.

8. The method of claim 7 wherein the step of prioritizing said plurality of subscriber terminals comprises the steps of:

with respect to each product code, comparing profile data representative of customer households with profile data representative of all households, producing a weighting factor with respect to each difference characteristic related to the frequency of occurrence;

calculating a subscriber's priority with respect to the product code by analyzing the respective subscriber household profile for the presence of difference characteristics and adding the corresponding weighting factor to the subscriber's priority when a difference characteristic is present.

9. In a method for selectively distributing messages over a communications network, said method being used in conjunction with a system including a source of commercial messages, and a controller communicating over the network with a plurality of subscriber terminals in a plurality of subscriber households served by the communications network and controlling the transmission of the commercial messages from the source to the subscriber households over the network, each of the subscriber terminals having a network address, said method controlling said transmission of the commercial messages and comprising the steps of:

maintaining a reservoir of data containing network addresses of the subscriber terminals and subscriber profile data associated with each of the subscriber households and including demographic data;

12

selecting at least one of the commercial messages for transmission to at least one of the subscriber terminals based on the subscriber profile data associated with said at least one subscriber terminal; and

identifying the selected at least one commercial message with the network address of said at least one subscriber terminal.

10. A method as in claim 9 wherein said reservoir of data further comprises target household profile data identifying characteristics of actual customers of the subject matter of said at least one commercial message, said method further comprising the step of comparing the subscriber profile data and the target household profile data, said selecting step selecting commercials for transmission to a subscriber terminal in relationship to the comparison between that subscriber profile data and the household profile data.

11. A method in accordance with claim 10, further comprising the step of generating said target household profile data by comparing data representative of the general population of households and customer household data representative of actual customers of the subject matter of said at least one commercial message.

12. In a method for selectively distributing messages over a communications network, said method being used in conjunction with a system including a source of commercial messages, and a controller communicating over the network with a plurality of subscriber terminals in a plurality of subscriber households served by the communications network and controlling the transmission of the commercial messages from the source to the subscribers over the network, each of the subscriber terminals having a network address, said method comprising the steps of, by accessing a reservoir of data containing network addresses of the subscriber terminals and subscriber profile data associated with each of the subscriber households, including demographic data:

selecting at least one of the commercial messages for transmission to at least one of the subscriber terminals based on the subscriber profile data associated with said at least one subscriber terminal; and

identifying the selected at least one commercial message with the network address of said at least one subscriber terminal.

* * * * *

US005260778A

# United States Patent [19]

## Kauffman et al.

[11] Patent Number: 5,260,778

[45] Date of Patent: Nov. 9, 1993

[54] **APPARATUS FOR SELECTIVE DISTRIBUTION OF MESSAGES OVER A COMMUNICATIONS NETWORK**

[75] Inventors: **Marc Kauffman**, Cheltenham, Pa.; **Michael Miller**, Riverton, N.J.

[73] Assignee: **General Instrument Corporation**, Hatboro, Pa.

[21] Appl. No.: **543,700**

[22] Filed: **Jun. 26, 1990**

[51] Int. Cl.⁵ .......................................... H04H 1/02
[52] U.S. Cl. .......................................... 358/86; 455/6.2; 358/142; 358/183
[58] Field of Search ....................................... 455/2–6, 455/3.1, 4.1, 4.2, 6.2, 6.3, 132, 133, 137, 140, 141; 358/84, 86, 149, 260, 142, 147, 183; 380/10; 340/825.44

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,218,698 | 8/1980 | Bart et al. .......................... 358/183 |
| 4,388,645 | 6/1983 | Cox et al. ............................ 358/86 |
| 4,531,020 | 7/1985 | Wechselberger et al. .......... 358/122 |
| 4,536,791 | 8/1985 | Campbell et al. .................. 358/122 |
| 4,546,382 | 10/1985 | McKenna et al. .................. 358/84 |
| 4,600,921 | 7/1986 | Thomas ............................... 358/86 |
| 4,700,386 | 10/1987 | Kohn .................................... 380/10 |
| 4,712,239 | 12/1987 | Freeza et al. ...................... 358/86 |
| 4,829,569 | 5/1989 | Seth-Smith et al. .............. 358/149 |
| 4,885,775 | 12/1989 | Lucas ..................................... 455/6 |
| 4,890,321 | 12/1989 | Seth-Smith et al. ................ 455/6 |
| 4,894,789 | 1/1990 | Yee ...................................... 358/86 |
| 4,977,455 | 12/1990 | Young .................................. 358/86 |
| 4,991,011 | 2/1991 | Johnson et al. .................... 358/86 |
| 5,003,591 | 3/1991 | Kauffman et al. .................. 358/86 |
| 5,016,273 | 5/1991 | Hoff ............................... 340/825.44 |
| 5,155,591 | 10/1992 | Wachob .............................. 358/86 |

## OTHER PUBLICATIONS

"British Broadcasting Corporation Specification" pp. 6 and 8, Sep. 1976.

*Primary Examiner*—Reinhard J. Eisenzopf
*Assistant Examiner*—Andrew Faile
*Attorney, Agent, or Firm*—Barry R. Lipsitz

[57] **ABSTRACT**

Specific text and/or graphic messages for individual subscribers or groups of subscribers are distributed on a communications network such as a cable television system. An addressable controller communicates with a plurality of subscriber terminals served by the network. Each subscriber terminal is assigned to a primary message group and may be assigned to one or more message subgroups. Messages are input to the addressable controller for subsequent transmission to a subscriber terminal for display. The messages are tagged with distribution data defining at least one primary message group or message subgroup to receive the message. The tagged text messages are transmitted over the network together with signals from network service providers. Global messages can be sent by leaving the distribution data field blank, or filling it with a special code such as a string of zeros. Wild card tags are also permitted. A subscriber terminal for receiving the messages has a first path for processing a service signal received from the network and a second path for processing a message signal received from the network. The distribution data is retrieved from a received message and used to determine if the message is targeted to the subscriber terminal. If so, the message is processed for display. The message can be displayed alone or overlaid on a video program signal being viewed.

**21 Claims, 3 Drawing Sheets**



INV0029086

**U.S. Patent**     Nov. 9, 1993     Sheet 1 of 3     **5,260,778**



*FIG. 1*

INV0029087



*FIG. 2*

INV0029088



*FIG. 3*

INV0029089

5,260,778

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## APPARATUS FOR SELECTIVE DISTRIBUTION OF MESSAGES OVER A COMMUNICATIONS NETWORK

### BACKGROUND OF THE INVENTION

The present invention relates generally to communications networks, and more particularly to the selective distribution of messages to subscribers on a cable television network or the like.

Various communications networks, including cable television (CATV), subscription television (STV) and direct broadcast satellite (DBS) systems are available for distributing television programming for entertainment, weather, news and advertising. Operators of such systems typically communicate with their subscribers through the postal system. Invoices, advertisements, program guides, and other letters or cards may be sent to all subscribers, groups of subscribers, or individual subscribers depending on the particular communication. Reliance on printed materials sent through the mail is expensive and wasteful of resources, particularly where a communications network is already in place linking the system operator with individual subscribers. In the past, however, use of the communications network for transmitting messages to subscribers has been limited, and any such communications attempted have been on a global basis to all subscribers at the same time. Examples include the transmission of specially produced programming from an operator to subscribers over the communications network, and the use of an alphanumeric character generator to display text messages on a video channel. In the latter case, the alphanumeric characters are combined with a video program signal at the headend to produce a composite channel signal for distribution over the network like any other television channel signal. Distribution of text and graphics messages to individual subscribers or groups of subscribers has not been possible over existing CATV, STV, or DBS systems.

It would be advantageous to provide for the distribution of specific messages to individual subscribers or special groups of subscribers via a CATV communications network or the like. Uses of such a system would include the dissemination of subscriber invoices, paging messages, emergency alert information, group specific or targeted advertising, reminder messages, event scheduling messages, program guides, general interest information, and other types of text and/or graphics messages. The present invention provides such a system.

### SUMMARY OF THE INVENTION

In accordance with the present invention, a subscriber terminal ("converter") is provided for processing signals received from a communications network. A first path in the converter processes a received video signal. A second path processes a received message signal. An adder combines a video signal from the first path and a message signal from the second path in the converter. Switch means responsive to a control signal are provided for selectively outputting to a display the first path video signal, the second path message signal, or the combined signals from the adder.

The converter can further comprise means for retrieving tag data appended to each message signal, and means responsive to the tag data for generating control signals to actuate the switch means. Tag data can also be used to force the display of an emergency message by energizing a converter that has been turned off.

Means can also be provided for determining if a video signal is present in the first path, and for actuating the switch means to output only the second path message signal when there is no video signal present in the first path. The means for determining whether a video signal is present can comprise a video sync detector.

Video display generator means are provided in the second path of the converter for converting received message data to a video message signal for input to the adder and switch means. A video sync signal detected in the first path is input to the video display generator for use in synchronizing the video message signal to a video signal carried on the first path.

In another embodiment, a converter for processing signals received from a communications network includes a first data path for processing a received video signal, a second data path for processing a received message signal, and memory means coupled to the second path for storing message data. Means are also provided for retrieving control data appended to the received message signal. Means responsive to the retrieved control data outputs the second path message signal combined with the first path video signal, outputs the second path message signal alone, or stores the second path message signal in the memory means for later retrieval and display. A message waiting indicia is generated for use when message data is stored in the memory means. Means can further be provided to determine if a video signal is present in the first path, and for inhibiting the output of a combined signal from the first and second paths unless a video signal is present.

In addition to the converter, apparatus is provided for selectively distributing messages over a communications network. An addressable controller communicates with a plurality of subscriber terminals. Each of the subscriber terminals is assigned to a primary message group. Selected ones of the subscriber terminals are assigned to one or more message subgroups. Text messages are input to the addressable controller for subsequent transmission to a subscriber terminal or group of terminals for display. The messages are tagged with distribution data defining at least one primary message group or message subgroup to receive the message. The tagged text messages are transmitted over the network together with signals from network service providers.

In a preferred embodiment, means are provided for generating a wild card tag for a message. A wild card tag can be used, for example, to disseminate a message to subscribers assigned to the same message subgroup regardless of their primary message group. Alternately, the distribution data field can be left blank (or filled with a special code such as a string of zeros) to transmit a message globally.

The messages can be transmitted together with control data in an addressable data stream carried on the network. Bandwidth allocation means, operatively associated with the addressable controller, allocates bandwidth within the data stream among the messages. The bandwidth allocation means can allocate more bandwidth to messages having a high priority than to messages having a lower priority.

The transmission of a message over the network can be periodically repeated for a predetermined time period. This will increase the likelihood that every subscriber intended to receive the message will actually

JA-16

INV0029090

5,260,778

receive it. For example, if a subscriber receives messages through a converter that is powered by a switched outlet, a message may not be received the first time it is transmitted. However, at some point the converter will be powered up, and the message will be captured during a repeat transmission.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a cable television network embodying the present invention;

FIG. 2 is a block diagram of an addressable converter for use in receiving cable television services and messages in accordance with the present invention; and

FIG. 3 is a flowchart illustrating a headend addressable controller routine in accordance with the present invention.

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 illustrates a cable television system embodying the present invention. It should be appreciated that the invention may be used in various types of communication networks, including STV and DBS systems, and is not limited to the CATV embodiment illustrated.

A cable television network distributes services provided by various programmers such as Home Box Office (HBO) and other premium programming providers, pay-per-view events, and off-the-air television programming. Such services, generally designated by box 10 in FIG. 1, are transmitted using well known components over the CATV distribution media 14 for distribution to subscribers. Distribution media 14 can comprise coaxial cable, fiber optic cable, or other transmission medium. At a remote location, the CATV service signals are input via a signal splitter 16 to a subscriber terminal ("converter") 18, which enables a subscriber to tune to a particular channel to receive a desired service for display on television set 20. Converter 18 also provides other functions, such as an interface with a handheld remote control 22, descrambling of scrambled premium signals, and additional functions well known in the art. In accordance with the present invention, a message indicia light 19 is provided on the converter to advise a subscriber that a message has been stored in the converter for retrieval. In an alternate embodiment, a message queue screen can be provided on the subscriber's television to advise of any messages waiting to be retrieved.

At the cable system headend, an addressable controller 24 enables the system operator to communicate with individual subscriber converters. In the past, addressable controllers have been used at the headend primarily to authorize or deauthorize individual converters to receive premium signals. The addressable controller maintains a database of all subscribers in the system. The database contains information including service authorizations and converter address data for each subscriber.

In accordance with the present invention, addressable controller 24 additionally contains grouping information relating subscribers to specific messaging groups. Each subscriber terminal in the system is assigned to a primary message group and may be additionally assigned to one or more message subgroups. The terminal is also identified by a unique address. In this manner, addressable controller 24 allows messages to be selectively disseminated to individual subscribers, to specific groups of subscribers, or to all subscribers. The

addressable controller also provides means to compose, modify and store messages for distribution. At the headend, such messages are input to the addressable controller via a user terminal 26.

Addressable controller 24 is also coupled to the headend billing system 28. The billing system maintains records of services delivered to each subscriber, and creates invoices to be sent to subscribers for billing purposes. The billing system also maintains a record of subscriber payments. In accordance with the present invention, billing system 28 additionally creates and transfers messages to addressable controller 24 for dissemination to subscribers. Such messages may contain invoice and/or delinquency notices, as well as other account information.

In past systems, addressable controller 24 transmitted address and control data to subscriber converters via a separate FM data path carried on the network. In accordance with the present invention, the same data path may be used for communication of text and graphics messages. The data is coupled to the CATV network via a communication modem 30. An adder 12 is provided for transmitting the text/graphics messages and control data from addressable controller 24 over the network together with the CATV service signals. In a preferred embodiment, the message information is interleaved in time with other control information from the addressable controller, in accordance with well known multiplexing techniques. In an alternate embodiment, the message information is transmitted on a frequency separate from the addressable control information. Additional embodiments are possible wherein message information is transmitted on separate data carriers, or as data embedded in the video or audio signal of television signals carried on the cable distribution system.

In order to provide group dissemination of messages, the converter population of the system is broken down into a multilevel grouping structure. For example, in a two-level grouping structure each converter is assigned as a member of a primary group and may also be assigned to one or more subgroups. Various primary groups are used to segregate converters based on geographical area, distribution hub, or any other parameter. Subgroups can be used to segregate subscribers into groups of particular interest, such as volunteer firemen, civil defense workers, cable television company employees, and the like. Subgroups can also be defined for different socioeconomic groups, subscribers having special interests, targeted age groups, or any other parameter of interest.

By assigning group and subgroup identifiers to individual subscriber converters, specific messages can be directed to members of particular groups and subgroups. Addressable controller 24 directs messages to specific groups of subscribers using primary group and subgroup identifiers. The addressable controller can also replace specific identifiers with "wild card" identifiers in a primary or subgroup message specification. As an example, a particular system may assign primary group identifiers to each different geographic hub in the system. A subgroup identifier may define civil defense workers. In an emergency, addressable controller 24 can distribute a message to the civil defense workers in all hubs by using a wild card identifier for the primary group and the civil defense identifier for the subgroup.

FIG. 2 illustrates a CATV converter for use in connection with the present invention. The signals input from a cable system are split at a splitter 40 into a first

INV0029091

5,260,778

5

path generally designated 41 and a second path gener-
ally designated 43. In the first path, a conventional RF
converter 42 tunes to a desired cable channel, and the
selected signal is demodulated in a conventional demod-
ulator 44. If the channel contains premium program-
ming, and the subscriber is authorized to receive the
particular premium service, a conventional descrambler
46 is enabled by a microprocessor 56 to descramble the
signal for viewing by the subscriber. In any event, the
first path video signal can be coupled through switch 50
to a modulator 52 for output to the subscriber's televi-
sion set.

In the second path, control signals and message sig-
nals from addressable controller 24 are recovered by an
addressable data receiver 54. Typically, receiver 54 is a
conventional FM data receiver that retrieves the con-
trol and message data from an addressable data stream
carried on the cable network. The retrieved data is
input to microprocessor 56 for further processing as
described below.

Microprocessor 56 is operated in accordance with
operating software stored in ROM 58. A nonvolatile
RAM 60 with backup battery power 62 is also provided
for use with microprocessor 56. The processing of con-
trol data by microprocessor 56 is conventional. In ac-
cordance with the present invention, microprocessor 56
also processes message data.

The message data transmitted by addressable control-
ler 24 and received by addressable data receiver 54
contains message information as well as tag data con-
taining group and subgroup identifiers for the message
(distribution data) and optional control data for use in
actuating switch 50. Microprocessor 56 receives the
message signals, performs a validity test on the data
(e.g., a checksum computation or parity bit check) and
interprets the distribution data to determine whether
the message is intended to be processed by the sub-
scriber terminal. If a message is not directed to the
particular converter, it is ignored. All messages that are
directed to the converter either specifically (e.g., via the
converter's unique address), by group, or globally are
stored in RAM 60 for subsequent retrieval and display.
RAM 60 has sufficient capacity to store a plurality of
messages for later recall and display by the subscriber.
Alternately, messages directed to the converter and
input to RAM 60 can be immediately output for display
on the subscriber's television set.

The tag data for a message can contain control codes
indicating whether the message should be stored for
later recall by the subscriber, displayed immediately
while blocking the selected video channel (i.e., override
the current video program), or displayed immediately
by overlaying alphanumeric characters and/or graphics
on top of a video program being viewed at the sub-
scriber premises. Tag data can also instruct the micro-
processor to output a "power-on" signal to an emer-
gency power-on circuit 74. This feature is used when an
emergency message is transmitted (e.g., for civil defense
or fireman dispatch purposes) and the subscriber con-
verter is turned off. In conventional addressable con-
verters, the addressable data receiver and microproces-
sor are always active when the unit is plugged in, allow-
ing the provision of the emergency power-on feature.
Upon receipt of a power-on signal, the converter and a
television powered thereby will be energized for dis-
play of the emergency message.

When a message is to be displayed, the message data
is output from microprocessor 56 on line 70 to a con-

6

ventional video display generator 66 provided in the
converter. A crystal 68 provides a stable clock signal
for the video display generator. Video display genera-
tor 66 outputs a video signal containing an alphanu-
meric and/or graphic image as specified by the message
data. The image is coupled to one input of switch 50 and
also to a conventional adder 48 which can comprise, for
example, an operational amplifier for adding two input
signals together. The other input to adder 48 is the
video signal processed by the first path 41 of the con-
verter. The output of adder 48 is coupled to a second
input of switch 50. A third input of switch 50 receives
the video signal directly from first path 41.

Switch 50, which can comprise a conventional solid-
state switch, is actuated by microprocessor 56 via line
72 to output either the received video signal from first
path 41, the received video signal combined with the
message signal output from adder 48, or the message
signal output from video display generator 66 by itself.
The signal output from switch 50 is modulated by mod-
ulator 52 for display on a subscriber's television.

The selection of a signal to be output from switch 50
can be based on various criteria. If no video signal is
present in the first path 41 when there is a message to be
displayed (e.g., in the case of an emergency message or
if a subscriber's service has been suspended), the mes-
sage image alone will be chosen so that it can be viewed
without interference from first path 41. If there is no
video signal present on the first path, sync detector 64
will fail to lock on the horizontal or vertical sync signal
normally associated with a video signal, and output a
signal to microprocessor 56 indicative of this fact. In
response, microprocessor 56 will output a switch con-
trol signal on line 72 to couple modulator 52 solely to
the output of video display generator 66.

In another scenario, an emergency message signal
from the headend may have a control code in its tag
data that directly instructs microprocessor 56 to output
a control signal on line 72 for actuating switch 50 to
output only the message. Where a nonemergency mes-
sage is involved, and a video signal is being viewed by
a subscriber, switch 50 will be actuated to output the
combined signal from adder 48. In this manner, the
message will be overlaid on the video program being
viewed.

In the overlay mode, video display generator 66 will
be synchronized with the video signal in the first path of
the converter by using the detected sync signal from
detector 64. If the microprocessor determines that no
video signal is present, it commands the video display
generator to generate its own sync signal. In an alter-
nate embodiment, a determination by microprocessor
56 that there is no video signal in first path 41 can be
interpreted as an indication that the subscriber's televi-
sion is not currently in use. In this instance, messages
will be stored in RAM 60 for later retrieval and display
by the subscriber, and microprocessor 56 will provide a
message waiting indicia to the subscriber, such as by
lighting lamp 19 on the converter, providing a unique
symbol on the converter channel number display, or
generating a message waiting screen for display on the
subscriber's television when powered on. Upon re-
trieval from RAM 60, the subscriber would ordinarily
be permitted to delete the message from the converter,
e.g., by entering a delete command via the converter
remote control unit.

FIG. 3 illustrates an example of a software routine
that can be executed by addressable controller 24 in

JA-18

INV0029092

5,260,778

7

accordance with the present invention. The routine first cycles through a library of messages to delete any that have expired. Then, the subscriber database is updated by enabling a system operator to add new subscribers or edit data for existing subscribers. The system operator can then add new messages to the message library or edit existing messages. Those skilled in the art will appreciate that the three major functions of the routine illustrated can be alternately implemented in a multitasking operating system, so that the functions can be provided independently instead of consecutively.

The illustrated routine begins at box 80, and at box 82 a message count is set to zero. Each message in a library of messages currently being transmitted by the headend has a message number associated with it, and the numbers are maintained in a consecutive order. As new messages are added, the message count is incremented and as messages are deleted, the message count is decremented.

At box 84, the next message is tested for expiration. Typically, each message will only be transmitted for a limited time period. The time period is referred to as the "repeat duration" for each message. The messages are periodically retransmitted during their repeat duration, so that if a subscriber terminal does not capture the message the first time it is transmitted, it will have additional opportunities to do so. If the repeat duration of a message has passed, the message will be questioned to have expired and this fact is detected at box 86. Control is then passed to box 88, where the message is deleted from the library. At box 90, the numbers of the remaining messages in the library are updated. In certain cases, a system operator may desire to preclude message expiration by assigning an unlimited repeat duration. For example, if a message is transmitted to an individual subscriber demanding payment of an overdue bill, the operator may want the message to remain until payment is received. Such a message would not expire, and would have to be manually cancelled by the system operator. The subscriber would not be permitted to delete the message.

At box 92, a determination is made as to whether the last message in the library has been tested. If not, the process continues until all messages have been tested, and the library has been cleansed of any expired messages.

After the library has been updated, control passes to box 94 where the system operator is provided with an opportunity to add an additional subscriber or to edit the data for a current subscriber. If a subscriber record is to be added or edited, control passes to box 96 and the system operator is prompted to assign group and subgroup identifiers for the subscriber. As noted above, a group identifier may be the hub that serves the subscriber. A subgroup identifier may relate to a specific interest of the subscriber or socioeconomic criteria, etc. At box 98, the group and subgroup identifiers are stored in the addressable controller memory with the remaining subscriber data such as the subscriber's name, address, and network services subscribed to. Those skilled in the art will appreciate that although the flowchart of FIG. 3 only illustrates the specific steps required to implement the present invention, additional information relating to the subscriber (e.g., name and address) must also be input by the system operator in a conventional manner.

After the group and subgroup identifiers have been stored, addressable controller 24 proceeds to initialize

8

the subscriber's converter with the applicable identifiers as indicated at box 100. This is done via the addressable data path in the same manner that a converter is initialized with service authorization data.

After subscriber data has been added or edited, the system operator is given an opportunity to add or edit a message in the message library. If the operator selects this option at box 102, control is passed to box 104 where the addressable controller assigns a new message number. At box 106, distribution data is assigned to the message in response to information input by the system operator. The distribution data defines which groups and/or subgroups the message is to be disseminated to. The distribution data will also include any control codes specified by the system operator. At box 108, the system operator is prompted to assign a priority to the message. An emergency message (e.g., instructing volunteer firemen to respond to a call) will be assigned the highest priority, while other messages will be assigned lower priorities on a scale provided by the system. High priority messages will need to be transmitted more often than lower priority messages. For this reason, at box 110 the addressable controller computes and stores message bandwidth allocations for all of the messages currently in the library. The messages are transmitted cyclically together with subscriber terminal authorization data and other housekeeping/control data necessary for operation of the system. Since the data channel only has a fixed bandwidth, it is necessary to allocate the bandwidth among the various data signals. Typically, authorization data will account for 80 percent of the bandwidth, housekeeping/control data will account for ten percent of the bandwidth, and ten percent of the data channel bandwidth will be reserved for messages. Thus, for every ten packets of data transmitted, eight will contain authorization data, one will contain housekeeping/control data, and one will contain message data. Although there may be numerous messages in the library at any given time, a single high priority message may be allocated most of the message data bandwidth. This will ensure that the emergency messages get to their destinations without delay.

At box 112, the system operator is prompted to assign a repeat duration for the message being added or edited. A particular message might be repeated for several minutes, several hours, or several days depending on the circumstances, to increase the probability that it will be received by all members of the group or subgroup(s) to which it is directed. After all the parameters for a message have been defined, the message text and/or graphics is entered, and the message together with the pertinent tag data is added to the message library for transmission over the communication network. The routine then returns to box 82 and the process continues.

It should now be appreciated that the present invention provides a selective message distribution scheme for communication networks such as cable television systems. Although the invention has been described in connection with a preferred embodiment thereof, those skilled in the art will recognize that numerous adaptations and modifications may be made thereto without departing from the spirit and scope of the invention, as set forth in the following claims.

What is claimed is:

1. A converter for processing signals received from a communications network, comprising:

a first path for processing a received video signal;

INV0029093

5,260,778

9

a second path for processing a received message signal, including means for retrieving tag data appended to said message signal;

means responsive to said tag data for generating a control signal; and

switch means responsive to said control signal for selectively outputting to a display a processed video signal from said first path, a processed message signal from said second path, or a combined output comprising both said processed video and processed message signals.

2. A converter in accordance with claim 1 further comprising:

means for determining if a video signal is present in said first path; and

means responsive to said determining means for actuating said switch means to output only said processed message signal when there is no video signal present in the first path.

3. A converter in accordance with claim 2 wherein said determining means comprises a video sync detector.

4. A converter in accordance with claim 1 further comprising:

means responsive to said tag data for energizing said converter to output an emergency message if the converter is de-energized at the time the emergency message is received.

5. A converter in accordance with claim 1 further comprising:

video display generator means in said second path for converting data contained in said received message signal to a video message signal for input to said switch means.

6. A converter in accordance with claim 5 further comprising:

means for detecting a video sync signal in said first path; and

means for inputting said video sync signal to said video display generator for use in synchronizing the video message signal to said processed video signal.

7. A converter in accordance with claim 6 further comprising:

means for determining if a video signal is present in said first path;

means responsive to said determining means for actuating said switch means to output only said processed message signal when there is no video signal present in the first path; and

means responsive to said determining means for generating a sync signal for said video display generator when there is no video signal present in said first path.

8. A converter for processing signals received from a communications network, comprising:

a first path for processing a received video signal;

a second path for processing a received message signal;

memory means coupled to said second path for storing message data obtained from said message signal;

means coupled to said second path for retrieving tag data appended to said message signal; and

means responsive to said retrieved tag data for outputting said message data combined with a processed video signal from said first path, outputting

10

said message data alone, or storing said message data in said memory means.

9. A converter in accordance with claim 8 further comprising:

means for generating a message waiting indicia when said message data is stored in said memory means.

10. A converter in accordance with claim 9 further comprising:

means for retrieving at least a portion of the message data from said memory means; and

means for outputting the retrieved message data.

11. A converter in accordance with claim 8 further comprising:

means responsive to retrieved tag data for energizing said converter to output an emergency message if the converter is de-energized at the time the message is received.

12. Apparatus for selectively distributing messages over a communications network comprising:

an addressable controller for communicating with a plurality of subscriber terminals served by a communications network;

means operatively associated with said addressable controller for assigning each of said subscriber terminals to a primary message group;

means operatively associated with said addressable controller for assigning selected ones of said subscriber terminals to one or more message subgroups;

means for inputting text messages to said addressable controller for subsequent transmission to a subscriber terminal for display;

means operatively associated with said addressable controller for tagging said messages with distribution data defining at least one primary message group or message subgroup to receive the message; and

means for transmitting the tagged text messages over the network together with signals from network service providers.

13. Apparatus in accordance with claim 12 further comprising:

means operatively associated with said addressable controller for generating a wild card tag for a message, thereby allowing said message to be received by an expanded set of subscriber terminals that is not limited to a specific primary message group and message subgroup combination.

14. Apparatus in accordance with claim 12 wherein said messages are transmitted together with control data in an addressable data stream carried on said network.

15. Apparatus in accordance with claim 14 further comprising:

bandwidth allocation means operatively associated with said addressable controller for allocating bandwidth within said data stream among said messages.

16. Apparatus in accordance with claim 15 wherein said bandwidth allocation means allocates more bandwidth to messages having a high priority than to messages having a lower priority.

17. Apparatus in accordance with claim 12 further comprising:

means operatively associated with said addressable controller for periodically repeating the transmission of at least one of said tagged text messages over the network for a predetermined time period.

INV0029094

5,260,778

11

18. A subscriber terminal for receiving messages from the apparatus of claim 12 comprising:

a first path for processing a service signal received from the network;

a second path for processing a message signal received from the network;

means for retrieving said distribution data from a received one of said tagged text messages;

means responsive to the retrieved distribution data for determining if the received message is targeted to the subscriber terminal; and

means responsive to said determining means for processing the receive message for display if it is targeted to the terminal.

19. A terminal in accordance with claim 18 further comprising:

means for selectively displaying said received message alone or in combination with a processed service signal from said first path.

20. A subscriber terminal for processing signals received from a communications network, comprising:

means for processing a received video service signal to provide a video program to a display; and

means for processing a received message signal to selectively provide a message for output to said display, including:

means for retrieving multilevel distribution data including a primary message group identifier and a

12

message subgroup identifier associated with said received message signal;

means responsive to the primary message group and message subgroup identifiers in the retrieved distribution data for determining if the received message signal is targeted to the subscriber terminal; and

means responsive to said determining means for converting the received message signal to said message for output to said display if the received message signal is targeted to the terminal.

21. A converter for processing signals received from a communications network, comprising:

a first path for processing a received video signal;

a second path for processing a received message signal;

switch means responsive to a control signal for selectively outputting to a display a processed video signal from said first path, a processed message signal from said second path, or a combined output comprising both said processed video and processed message signals;

means for determining if a video signal is present in said first path; and

means responsive to said determining means for actuating said switch to output only said processed message signal when there is no video signal present in the first path.

* * * * *

INV0029095

# United States Patent [19]

## Wachob

[11] Patent Number: **5,155,591**

[45] Date of Patent: **Oct. 13, 1992**

US005155591A

[54] **METHOD AND APPARATUS FOR PROVIDING DEMOGRAPHICALLY TARGETED TELEVISION COMMERCIALS**

[75] Inventor: **David E. Wachob,** Elkins Park, Pa.

[73] Assignee: **General Instrument Corporation,** Hatboro, Pa.

[21] Appl. No.: **425,117**

[22] Filed: **Oct. 23, 1989**

[51] Int. Cl.⁵ ......................... A04N 7/08; A04H 1/02
[52] U.S. Cl. ...................................... 358/86; 455/4.2; 455/6.2
[58] Field of Search ...................... 455/2, 3.1, 3.2, 3.3, 455/4.1, 4.2, 5.1, 6.1, 6.2, 6.3, 67.1, 67.2, 67.3; 358/84, 86

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,639,686 | 2/1972 | Walker et al. | 178/5.8 R |
| 3,769,579 | 10/1973 | Harney | 325/31 |
| 4,546,382 | 10/1985 | McKenna et al. | 358/84 |
| 4,602,279 | 7/1986 | Freeman | 358/86 |
| 4,646,145 | 2/1987 | Percy et al. | 358/84 |
| 4,805,020 | 2/1989 | Greenberg | 358/84 |
| 4,967,273 | 10/1990 | Greenberg | 455/67 |

*Primary Examiner*—Reinhard J. Eisenzopf
*Assistant Examiner*—Lisa Charouel
*Attorney, Agent, or Firm*—Barry R. Lipsitz

[57] **ABSTRACT**

Different commercial messages are broadcast to different demographically targeted audiences in a cable television system or the like. A first television channel contains television programs and periodic commercial messages. A second television channel contains alternate commercial messages. Demographic characteristics of a viewer are identified, and commercial messages are selectively provided from the first or second channel, depending upon the viewer's demographic characteristics. Demographic data can be input by a viewer via a remote control, downloaded to a subscriber's converter from a remote headend, or programmed into the converter at installation. Prioritization of the demographic characteristics of a plurality of television viewers watching a program together enables commercials to be targeted to the viewer having highest priority. Statistical data can be maintained concerning the number and identity of subscribers viewing specific commercials.

**10 Claims, 7 Drawing Sheets**



INV0029020



FIG. 1

INV0029021



*FIG. 2*

INV0029022

Case 1:11-cv-00397-RGA-CJB Document 130 Filed 01/18/12 Page 5 of 16 PageID #: 2659



*FIG. 3*

BEGIN ~150

READ TAG INFORMATION ~152

IS COMMERCIAL ABOUT TO OCCUR ? ~154 — NO → STAY ON PRESENT CHANNEL ~156

YES

ARE DEMOGRAPHIC COMMERCIAL OPTIONS AVAILABLE ? ~158 — NO → STAY ON PRESENT CHANNEL ~160

YES

DETERMINE VIEWER DEMOGRAPHIC TYPE ~162

ESTABLISH COMMERCIAL BREAK LENGTH ~164

DETERMINE WHICH CHANNEL TO TURN TO ~166

TUNE TO CORRECT CHANNEL FOR THE COMMERCIAL ~168

STAY ON COMMERCIAL CHANNEL FOR PRE SET TIME OR UNTIL RE-TUNE TAG IS RECEIVED ~170

RETURN TO ORIGINAL CHANNEL ~172

INV0029023



*FIG. 4*

INV0029024



FIG. 5

INV0029025



*FIG. 6*

INV0029026

Case 1:11-cv-00397-RGA-CJB   Document 130-3   Filed 01/18/12   Page 34 of 111 PageID #: 2863



*FIG. 7*

INV0029027

5,155,591

1

## METHOD AND APPARATUS FOR PROVIDING DEMOGRAPHICALLY TARGETED TELEVISION COMMERCIALS

### BACKGROUND OF THE INVENTION

The present invention relates to cable television systems and apparatus, and more particularly to the provision of different commercial messages to different demographically targeted cable television audiences. Although the invention is described in the context of cable television systems, it will be appreciated that it has application in comparable systems, such as satellite broadcasting systems and the like.

Viewers of commercial television are well aware that a typical television channel contains television programs with periodic commercial message breaks. Advertisers sponsor television programs by purchasing space for their commercials during the broadcast of the program. Although different commercials are often run for the same television program in different geographic areas, there has been no way to target specific commercials to specific television viewers on a case-by-case basis.

It would be advantageous to provide a method and apparatus for targeting specific commercial advertisements to demographically selected audiences. Such a system would enable commercial advertisements to be matched to specific television viewers, thereby more efficiently utilizing advertising budgets. It would be further advantageous to maintain real-time records of demographic characteristics of particular television viewers and the programs they watch, for subsequent retrieval and analysis.

The present invention provides such a method and apparatus.

### SUMMARY OF THE INVENTION

The present invention provides a cable television system or the like for broadcasting different commercial messages to different demographically targeted audiences. A headend transmits television signals. Means are provided for identifying demographic characteristics of a television viewer. Selection means, responsive to the identifying means, provide a particular commercial message transmitted from the headend based on the demographic characteristics.

Viewer demographic types can be determined in a variety of ways. In one approach, a user demographic key on a handheld remote control is actuated by the viewer before television channel selection is made. This demographic type is then stored in the memory of a cable television converter or the like. The converter will thereby know what demographic type is viewing a television program.

Alternate methods of determining individual viewer demographic types include household survey or diary information, known address/neighborhood locations or known ethnic locations. All of these approaches allow for demographic information to be programmed into a converter on an individual basis during installation of a cable television converter or, by known techniques from a cable system headend that transmits data to an addressable converter.

In one embodiment of the present invention, the headend transmits a first television channel comprising television programs with periodic commercial messages, and a second television channel comprising alter-

2

nate commercial messages. The selection means provide a commercial message from the first or second channel depending on the demographic characteristics of a viewer. Such characteristics might include, for example, whether the viewer is male or female, and whether the viewer is an adult or a child.

Means are provided for determining when a commercial message break is about to occur, and the selection means is responsive thereto for providing an appropriate commercial message during the break. In a preferred embodiment, the headend transmits a plurality of alternate commercial message channels for use by the selection means. Thus, for example, a television program viewed by a child can have toy commercials, while the same program viewed by an adult can have commercials for items such as automobiles, air transportation services, and the like. In a more comprehensive system, the headend can transmit a plurality of television program channels each having periodic commercial message breaks, with each television program channel having a corresponding plurality of alternate commercial message channels associated therewith.

In order to provide a return to the television program at the termination of a commercial message break, a timer can be provided that allocates a specific time slot (e.g., 15 seconds, 30 seconds, 60 seconds) for commercial messages to be received. At the termination of the time slot, the system returns to the channel containing the television program. Other means, such as commercial message break start and stop data signals, can be provided to alert the selection means to switch from the television program channel to an appropriate commercial channel, and back. Such data signals can be transmitted by the headend as "tag information" on a separate data path in a conventional manner.

In order to accommodate a plurality of television viewers watching a television together, means are provided for prioritizing the demographic characteristics of a group of viewers. The selection means is responsive to the prioritizing means for providing a commercial message based on the prioritization.

In order to provide market research functions and enable accurate billing of advertisers for commercials presented to viewers, means are provided for storing data indicative of cable services selected by viewers and commercial messages provided by the selection means for subsequent retrieval and analysis by the headend.

The present invention also provides subscriber apparatus for use in receiving cable television services or the like. Means are provided for receiving television signals including a first television channel comprising television programs with periodic commercial message breaks and a plurality of additional television channels comprising commercial messages. Tuning means, coupled to the receiving means, provide a selected channel for viewing. Means are provided for identifying demographic characteristics of a television viewer. A determination is made as to when a commercial message break is about to occur on the first television channel, and selection means actuate the tuning means to provide a particular commercial message channel for viewing during a commercial message break, based on the viewer's demographic characteristics. Means are further provided for actuating the tuning means to return to the first television channel at the conclusion of a commercial message break.

INV0029028

5,155,591

3

A remote control is provided for use with a cable television converter, which comprises selector switches for enabling a user to remotely control various functions including channel selection. In accordance with the present invention, the remote control comprises means for enabling a user to input demographic data to the converter. Such means can comprise a plurality of switches for entering information indicative of the sex and age of the user.

In another embodiment, the present invention provides a cable television system or the like with the option of commercial free television programming. A headend transmits television signals, including a first television channel comprising television programs with periodic commercial breaks and a second television channel comprising a non-commercial program (e.g., music, fine arts, or the like). Alternately, the second channel can provide another television program (e.g., a sports event) the viewer wants to watch intermittently during commercial breaks in the primary show being viewed. Means are provided for receiving the first channel from the headend, and determining when a commercial message break is about to occur on the first television channel. Means responsive to the determining means receive the second channel instead of the first channel during the duration of the commercial message break.

Headend apparatus is provided for broadcasting different commercial messages to different demographically targeted cable television audiences. Means are provided for transmitting a television signal containing television programs and periodic commercial message breaks on a first television channel on a cable distribution network. A library of recorded television commercials is provided for playback under the control of a system controller. Means concurrently transmit, on separate television channels on the cable distribution network, a plurality of different television commercials played back under the control of the system controller during a periodic commercial message break.

The headend apparatus can further comprise means for storing data indicative of demographic characteristics of a cable television subscriber. Means responsive to the stored data direct subscriber apparatus serving the subscriber to tune to a designated channel, during a periodic commercial message break, for receipt of a television commercial targeted to the subscriber. Means are provided for recording data indicative of commercials transmitted on the cable distribution network from the library, and for billing advertisers based on this data.

A method is provided for broadcasting different commercial messages to demographically different television audiences. A first channel is transmitted, containing television programs and periodic commercial messages. A second transmitted channel contains alternate commercial messages. Demographic characteristics of a viewer are identified, and commercial messages are selectively provided from the first or second channel, depending upon the demographic characteristics. A plurality of channels containing alternate commercial messages may be transmitted, wherein commercial messages are provided selectively from the first, second or an alternate channel depending on the demographic characteristics identified. The demographic data can be received from the television viewer, and prioritized where a plurality of television viewers are watching a television together.

4

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a cable television converter for use in connection with the present invention;

FIG. 2 is a plan view of a handheld remote control that a viewer can use to input demographic information;

FIG. 3 is a flowchart of a software routine used by the converter of FIG. 1 in connection with the present invention;

FIG. 4 is a flowchart of a routine used by the converter of FIG. 1 for storing command and demographic data entered by a viewer and prioritizing demographic data of a plurality of viewers watching a television program together;

FIG. 5 is a block diagram of headend apparatus in accordance with the present invention;

FIG. 6 is a block diagram showing an alternate embodiment of headend apparatus in accordance with the present invention; and

FIG. 7 is a block diagram of a routine used by the converter of FIG. 1 to retrieve stored data and transmit it to the headend.

DETAILED DESCRIPTION OF THE INVENTION

The present invention allows the targeting of particular commercial advertisements to television viewers having particular demographic characteristics, and the subsequent retrieval of market research data identifying the programs selected and commercials viewed by particular demographic types. The invention is disclosed in connection with a cable television system. It should be appreciated, however, that the invention is equally applicable to other television broadcast systems as will be apparent to those skilled in the art.

In accordance with the invention, a cable television converter tunes automatically to a predefined commercial channel when a commercial message break is about to occur in a television program being viewed. The predefined commercial channel contains commercials targeted to the viewer demographic type. The tuning from the program channel to the commercial channel is only minimally noticeable by the viewer. For example, the tuning can occur during the vertical blanking interval of the television program signal. The implementation of control functions during the vertical blanking interval is well known in the art, and circuitry for effecting a tuning change during the vertical blanking interval will be apparent to those skilled in the art. By enabling different converters to tune to different commercial channels, one viewer demographic type using one converter might see a commercial for automobiles while another viewer using a similar converter could see an advertisement for toys during the same commercial break.

FIG. 1 illustrates, in block diagram form, a converter 10 used in connection with the present invention. An RF input signal, comprising a plurality of television program channels and commercial message channels, is input at terminal 12 from a cable system headend. The input signal is coupled, via splitter 16, to a tuner 18 that is used to tune to a particular television program channel or commercial channel under the direction of microprocessor 30. The output of tuner 18 is coupled via splitter 20 to a conventional descrambler 24, which outputs television program signals to a viewer's television set (or other video appliance, such as a VCR) via terminal 14. An AM data receiver 22 receives "tag

INV0029029

5,155,591

5

information" carried on a particular television channel and inputs the information to microprocessor 30. FM data receiver 26 receives other information from the headend (i.e., descrambler authorization data) for input to microprocessor 30. The use of AM and FM data receivers in cable television converters for retrieving tag information and addressable data is well known.

Operational software for converter 10 is contained in ROM 32. Existing cable television converters, such as the DP5/DPV5/DPBB converters and the DP7 family of converters manufactured by the Jerrold Division of General Instrument Corporation can be upgraded to implement the present invention by interchanging the ROM chip contained in the converter with a new ROM device containing additional software.

A serial number PROM 34 in converter 10 contains a unique code identifying the converter to the headend, enabling the converter to be addressed on an individual basis. RAM 36 is the operating memory for microprocessor 30, and in accordance with the present invention stores data indicative of demographic characteristics of a viewer or viewers using the converter at any given time. RAM 36 may also store data indicative of the television channels or other cable services selected by particular demographic types. This data can be appended with date and time information by microprocessor 30, to enable subsequent cross-referencing of channels selected by viewers to the programs shown on the channel at the time of selection.

LED display 38 outputs the television channel number to which the converter is tuned by a viewer. IR receiver 40 receives data transmitted by a handheld remote control for input to microprocessor 30. Keypad 42 enables users to input channel selection and other information to the converter directly without the use of a handheld remote control.

A remote control 120 for use with converter 10 is illustrated in FIG. 2. Data are transmitted from the front end 122 of remote control 120 using an infrared or equivalent remote data path. A plurality of conventional function buttons 132 and channel selection buttons 134 are provided. In accordance with the present invention, a plurality of switches 124, 126, 128, 130 is provided to enable a user to input demographic data to converter 10. For example, switches 124 and 126 can be provided to indicate that the viewer is an adult male or female, respectively. Switches 128 and 130 can be provided to indicate that the viewer is a male or female child, respectively. Other demographic information can alternately be provided via switches 124–130, or by the provision of additional demographic switches on remote control 120. Equivalent switches can also be provided on the converter itself, as part of keypad 42. In an alternate embodiment, a user code is entered on the numeric keys of the remote control or converter to identify the demographic type of the viewer before any commands are executed. Use of a user code would expand the number of demographic types allowable, but may require additional keys to be actuated to initiate a converter response.

In operation, a viewer is required to press a demographic key on the remote control 120 (or on keypad 42) before any other key is depressed to select a channel or other converter function. The demographic data (and any other relevant data, such as data indicative of the converter function selected) are then stored in RAM 36 so that the converter knows what demographic type is watching the television associated with

6

the converter at any given instant. This implementation provides a dynamic system where the viewer demographics can change at any time. In addition, multiple viewer data and/or demographic types can be entered and stored in the converter. A "delete" button can be provided to tell the system that a particular demographic type has left the viewing area. Prioritization of multiple viewers for use in selecting appropriate commercials is handled as described below in connection with FIG. 4.

Alternate methods of identifying viewer demographic types include a passive approach, relying upon image recognition technology to determine what viewer or viewers are watching television at any given time. Demographic types can also be identified using household survey or diary information, known address-/neighborhood locations or known ethnic locations. Information determined by such techniques is transferred into RAM 36 of converter 10 on an individual basis by a technician installing the converter, or via a communication from the cable system headend which addresses converter 10, via FM data receiver 26, to download the demographic data. This approach allows the headend to update and modify changes in household demographics for particular subscribers.

A headend in accordance with the present invention transmits television program channels to converter 10 together with separate channels containing commercial messages (i.e., advertisements). Information alerting the converter as to when a commercial message break is about to occur during a television program, and identifying the channels containing commercials for different demographic audiences, is transmitted by the headend in the form of tag information on the particular television program channel to which the converter is tuned. The tag information is detected by AM data receiver 22 and input to microprocessor 30, which forces tuner 18 to tune in the appropriate commercial message channel at the appropriate time. The AM tag data detected by receiver 22 is carried on the audio portion of the television program signal in a conventional manner. Alternately, the tag data can be included in the vertical blanking interval using known techniques to alert converter 10 (via microprocessor 30) that a commercial break is about to occur.

Once converter 10 has been alerted that a commercial message break is imminent, it identifies the demographic characteristics of the current viewer from data stored in RAM 36. The converter software stored in ROM 32 then initiates an automatic channel change during a vertical blanking interval to the specific commercial message channel to which the demographic characteristics correspond. This channel is maintained for either a pre-established fixed time period (e.g., 15, 30, 45 seconds, etc.) by a timer operatively associated with microprocessor 30, or until a "return to original channel" instruction is detected by the converter through tag data transmitted by the headend. After the commercial break, the converter returns back to the original television program channel during a vertical blanking interval. Switching back and forth between television program and commercial message channels during the vertical blanking interval minimizes any visible interruption to the television viewer. The software for accomplishing the retuning of tuner 18 contains program instructions that will be apparent to those skilled in the art.

INV0029030

5,155,591

7                                                          8

In the event separate commercial message channels are not being transmitted by the headend, or if commercials already included on the television program channel being viewed are appropriate for the viewer, the converter maintains the current television program channel during commercial breaks and no automatic tuning to alternate commercial message channels occurs. The system of the present invention is compatible with existing systems, and enables "cable-ready" televisions viewing cable television channels directly (without a converter) to receive the commercials carried on the television program channel being viewed.

A flowchart illustrating the operation of the converter software contained in ROM 32 in a preferred embodiment is provided in FIG. 3. The software routine begins at box 150, which passes control to box 152 where tag information transmitted by the system headend is read. The tag information defines if and when a commercial is about to occur, how long it will last, and which channel the converter should tune to given the viewer demographic type. If the tag information does not indicate that a commercial is about to occur, as determined at box 154, the converter stays tuned to the present television program channel, as indicated at box 156. Otherwise, control passes to box 158 where a determination is made as to whether demographic commercial options are available. If not, the converter remains tuned to the present channel as indicated at box 160.

If the converter contains data indicative of a viewer's demographic characteristics, and the headend is providing a channel for commercials targeted to such a viewer, the targeted commercials will be provided to the viewer. At box 162, the viewer demographic type stored in RAM 36 is determined. At box 164, the length of the impending commercial message break is determined from the tag information transmitted by the headend. At box 166, the converter determines which channel to tune to in order to receive the targeted commercials. The channel information is either defined by the tag information received from the headend, or has previously been stored in converter memory 36. Then, at box 168, the converter tunes to the correct channel for the commercials to be received. This is accomplished by a signal from microprocessor 30, that directs tuner 18 to tune in the appropriate commercial message channel.

Tuner 18 remains tuned to the commercial message channel for a preset length of time (i.e., the length of the commercial break) or until new tag information is received from the headend directing the converter to retune to the original television program channel. The return to the original channel is effected at box 172. Control then returns to box 152 where the process repeats.

In the event that a group of television viewers are watching a television together, and more than one viewer demographic type is present, a hierarchy/priority decision is made by the converter software to determine the dominant demographic type present. The prioritization method can be based, for example, upon a weighted average of all the viewers present. Alternately, the viewer who initiated the present channel decision, or the person who makes household buying decisions can be given priority. The flowchart of a routine for receiving data input by a viewer (including demographic data), dealing with a plurality of viewers, and storing said data for possible later retrieval and analysis is provided in FIG. 4.

The routine of FIG. 4 commences at box 180, and control is passed to box 182 where a determination is made as to whether a command initiated by a viewer is being input to the converter. Once an incoming command is detected (e.g., from a viewer's remote control), control passes to box 184 where data indicative of selections made by a viewer, including demographic data pertaining to the viewer(s), are received. At box 186, a determination is made as to whether demographic data were received for more than one viewer. If so, the highest priority viewer is identified at box 188. The viewer demographic type of the highest priority viewer is stored in RAM 36, as indicated at box 190. Then, at box 192, the actual command (e.g., change of channel) entered by the viewer is executed. Control then returns to box 182 where the process repeats.

In the event the cable television system operator wants to provide market research data to advertisers concerning, e.g., demographic information, channels/programs viewed, pay-per-view purchases, etc., RAM 36 will also store cumulative data indicative of the selections made by users via the remote control or converter keyboard. As indicated at box 190, microprocessor 30 will append this data with the date and time of the selections so that the actual programs or other services selected can be identified. The date and time information can be received by microprocessor 30 from the headend via FM data receiver 26. Information concerning other converter functions, such as the position of A/B switches for bypassing the converter or viewing off-air programs, can also be determined and stored. A routine for the subsequent transmission of this market research data to the headend is shown in FIG. 7.

The routine of FIG. 7 commences at box 200, and at box 202 a determination is made as to whether the converter 10 (FIG. 1) has received a data retrieval tag instruction from the headend. Such an instruction would be sent down the cable and received by FM data receiver 26. Upon recognition of a data retrieval tag in the FM data stream addressed to the particular converter, microprocessor 30 determines whether any pertinent data are stored in RAM 36, as indicated at box 204. If not, control returns to box 202 until a data retrieval tag instruction is received and relevant data are found in RAM 36.

If relevant market research data have been stored in RAM 36, control passes from box 204 to box 206 where the data are retrieved from RAM 36. As indicated at box 208, the data are then transmitted to the headend via return path 44, which may be any conventional return path well known in the art. For example, if a telephone return path is used, return path 44 will include a modem to modulate the data for transmission over a telephone line. In a two-way cable system, an RF return path may be used. At box 210, a determination is made as to whether all of the pertinent market research data have been transmitted to the headend and whether the transmission has been verified. If not, the data transmission repeats until it is complete. At box 212, the accumulated market research data are cleared from RAM 36, although the current viewer demographic data will remain so that a user will not have to re-enter this information after the market research data have been retrieved. Control then returns to box 202 to await the next request by the headend for the retrieval of market research data from the converter.

One embodiment of a cable television system headend that can be used to implement the present inven-

INV0029031

5,155,591

9

tion is shown in block diagram form in FIG. 5. The components for handling commercial message sequencing and insertion are depicted in box 50. In this embodiment, the cable system operator, who controls the headend, is provided with the capability to insert commercials in the commercial break portions of programs carried on the main television program channel, and also for providing a plurality of alternate commercial channels targeted to different demographically defined audiences.

A system controller 58, which comprises a computer such as a personal computer or mini computer, provides overall control of a commercial inserter 60, commercial sources 62a–n, and a commercial interface matrix/controller 64. Controller 58 also provides billing and traffic data to a billing and traffic computer 56 that is shared with other conventional headend components (not shown) for billing subscribers and advertisers, and managing the cable television services provided.

Commercial inserter 60 receives commercials from one or more commercial sources 62a–n which may, for example, comprise VCRs, video disc players, or the like, containing recorded commercial messages. The commercial inserter can serve a plurality of television program channels, each fed by a respective program source 52a–n. Each program source carries television programs having periodic commercial message breaks. Commercials are inserted during the commercial message breaks by commercial inserter 60, and output on the same television channel that carries the program source via a scrambler/encoder 66a and television modulator 68a for each television program channel. The scrambler/encoder scrambles premium program signals as necessary, and encodes the program signal with the tag information necessary to identify the commencement of a commercial break, etc. The channel signal output from television modulator 68a is coupled to the cable television distribution system at terminal 74 via a coupler 72, in a conventional manner.

Commercial interface matrix/controller 64 enables the cable system operator to provide a plurality of alternate commercial message channels, each of which is scrambled and encoded as necessary by scrambler/encoders 66b–n, which in turn output the commercial message channels to television modulators 68b–n. Each television modulator outputs the commercial messages input to it on a different channel. The channels are coupled to the cable television distribution network via couplers 72 for output on terminal 74.

The individual commercials contained in an alternate commercial message channel are retrieved by commercial interface matrix/controller 64 from commercial sources 62a–n. Where, for example, an alternate commercial message channel is provided for children, commercials for various toys can be retrieved by controller 64 from commercial sources 62a–n.

System controller 58 provides overall control of the headend apparatus. For example, it controls the state of commercial inserter 60 to select between a television program from program source 52a and a commercial message from commercial sources 62a–n. Commercials from sources 62a–n are available on a time shared basis, under the control of software contained in the system controller. In this manner, for example, the same commercial can be provided on the main television program channel (via commercial inserter 60) and on an alternate commercial message channel (via commercial interface matrix/controller 64) at different time slots within the

10

same commercial break. For example, the same commercial can be run on one channel during the first 15 seconds of a 45 second commercial break, and on another channel during the last 15 seconds of the same commercial break. The ordering of various different commercials within a commercial break, and the selection of those commercials is ultimately controlled by system controller 58 in accordance with sequencing rules established by the cable system operator.

As noted above, tag information necessary, e.g., for the converter to determine that a commercial break is about to occur on a given channel, is "encoded" on television channels via scrambler encoders 66a–n. This information is included either as AM data in the audio portion of the television signal, or as vertical blanking interval data. Specific tag data and timing of such data are relayed to scrambler/encoders 66a–n via system controller 58. The tag information can be encoded with or without signal scrambling.

An FM data modulator 70 is provided to enable the headend to download information, such as demographic information, to subscriber converters. This information can be transmitted on an individual basis where it is addressed to a particular converter, globally, or by groups of converters assigned to subscribers having similar demographic characteristics.

Billing and traffic computer 56 allows for accurate commercial tracking and advertiser billing. This computer, through a clock in system controller 58, records when various commercials were run, with data indicative of the channel on which each commercial was run and for how long. Feedback to advertisers can also be provided on who and how many people viewed a particular commercial, through the use of an optional return path 44 provided in converter 10 (see FIG. 1). Optional return path 44 comprises an output from microprocessor 30 that communicates with the headend via the cable television network (where a two-way system is provided) or on another return path, such as a telephone line. Return paths for providing two-way communication between cable television headends and subscriber converters are well known in the art.

FIG. 6 illustrates an alternate headend embodiment, wherein commercial interface matrix/controller 64 is eliminated. A plurality of television program channels 54 are coupled, via a coupler 72, for output on the cable television distribution network at terminal 74. The television program channels contain television programs and periodic commercial messages. Alternate commercial messages are provided on a plurality of commercial message channels that are also coupled to the cable television distribution network. Each alternate commercial message channel receives commercials from an associated commercial player 80, 82, 84, 86 controlled by system controller 58. The commercial players can comprise, for example, video disc players equipped with interchangeable video discs each containing a plurality of commercials. Each player can retrieve and play back any of the commercials from a video disc on a random access basis. The system operator programs a set of commercials for playback on each commercial message channel in any order desired. In practice, the system operator will create sets of commercials to fill commercial breaks of different time periods and grouped to target different demographic audiences.

Television signals containing the commercials are output from each player to scrambler/encoders 90, 92, 94, 96, respectively. The scrambled and/or encoded

INV0029032

5,155,591

| 11 | 12 |
|---|---|

commercial signals are input to television modulators **100**, **102**, **104**, **106**, respectively, where the commercials from each player are output on a different television channel. These television channels form the alternate commercial message channels retrieved by subscriber converters as described above. The commercial message channels are coupled to the cable television distribution network by couplers **72**.

In another embodiment of the present invention, a "commercial killer" option can be provided. In this embodiment, one of players **80**, **82**, **84**, **86** will play a non-commercial program (e.g., music, fine arts, etc.) instead of commercials. A subscriber converter can be programmed to tune to the non-commercial channel during all commercial breaks, and then return to the regular television program channel upon the completion of each commercial break. With this feature, subscribers can eliminate all commercial messages from their television viewing. Alternately, a subscriber converter can be programmed to tune to another program channel (selected by the viewer) during commercial breaks occurring on the primary channel being viewed. Thus, for example, a viewer can watch portions of a second sports event during the commercial breaks in an event of primary interest.

Demographic programming is also available using the apparatus of the present invention, allowing total program material (including programs and commercials) to be automatically selected by the converter based on a viewer's demographics. A viewer would tune to a certain channel number, and all programming for the viewer would be provided by the converter automatically tuning to program and commercial channels according to demographics or pre-established viewer preferences.

It will now be appreciated that the present invention provides a system, apparatus, and method for broadcasting different commercial messages to different demographically targeted audiences. Although the invention has been described in connection with various preferred embodiments, those skilled in the art will recognize that various modifications may be made thereto. For example, the invention is not limited to use in a cable television system, and can be utilized in connection with other television transmission schemes. It is intended that the following claim language be read in its broad sense to cover all such equivalent schemes.

I claim:

1. Apparatus for use in receiving television services, comprising:

    means for receiving television signals including a first television channel comprising television programs with periodic commercial message breaks and a plurality of additional television channels comprising commercial messages;

    tuning means coupled to said receiving means for providing a selected channel for viewing;

    means for identifying demographic characteristics of a television viewer;

    means for determining when a commercial message break is about to occur on said first television channel;

    means for prioritizing the demographic characteristics of a plurality of television viewers currently watching a television together; and

    selection means, responsive to said determining means and said prioritizing means, for actuating the tuning means to provide a particular commercial

message channel for viewing during a commercial message break, based on said prioritization of demographic characteristics.

2. Apparatus in accordance with claim 1 further comprising:

    remote control means for enabling a viewer to transmit demographic data to said identifying means.

3. Apparatus in accordance with claim 1 further comprising:

    means for storing data indicative of commercial messages provided by said selection means for subsequent retrieval and analysis by a headend.

4. Apparatus in accordance with claim 1 further comprising:

    means for enabling a viewer to input demographic data to said identifying means.

5. Apparatus in accordance with claim 1 further comprising:

    means for actuating said tuning means to return to said first television channel at the conclusion of a commercial message break in the event said selection means has provided a commercial message from a channel other than said first television channel during the break.

6. A television system for providing substitute television programming during commercial breaks in a primary program, comprising:

    a headend for transmitting television signals, including a first television channel comprising television programs with periodic commercial messages and a second television channel comprising another viewer selected backup program;

    means for receiving said first channel from said headend;

    means for determining when a commercial message break is about to occur on said first television channel; and

    means responsive to said determining means for receiving said second channel instead of said first channel during the duration of the commercial message break.

7. Headend apparatus for broadcasting different commercial messages to different demographically targeted television audiences, comprising:

    means for transmitting a television signal containing television programs and periodic commercial message breaks on a first television channel on a television signal distribution network;

    a library of recorded television commercial for playback under the control of a system controller;

    means for concurrently transmitting, on separate television channels on said distribution network, a plurality of different television commercials played back under the control of said system controller during a periodic commercial message break for selective receipt of different commercials by a universe of viewers;

    means for recording data indicative of the number of viewers that are provided with a given commercial transmitted on said distribution network from said library; and

    means responsive to said recording means for billing an advertiser based on said data.

8. Headend apparatus in accordance with claim 7, further comprising:

    means for storing data indicative of demographic characteristics of one of said viewers; and

JA-35

INV0029033

5,155,591

13

means, responsive to data stored in said storing
means, for directing viewer apparatus serving said
one of said viewers to tune to a designated channel
during said periodic commercial message break for
receipt of one of said plurality of different televi-
sion commercials targeted to the viewer.

**9.** A system for automatically selecting television
programs and commercials for a viewer, based on data
pertaining the viewer, comprising:

means for storing data indicative of predetermined
characteristics of said viewer;

means, responsive to said stored data, for causing a
television signal receiver to select from a plurality

14

of programs a television program targeted to view-
ers having said characteristics; and

means, responsive to said stored data during a com-
mercial message break of said selected television
program, for directing said television signal re-
ceiver to select, from a plurality of commercials, a
television commercial targeted to viewers having
said characteristics.

**10.** Apparatus in accordance with claim **5** wherein
said actuating means comprises:

a timer for actuating the return to said first television
channel a predetermined time period after a com-
mercial message break has commenced.

* * * * *

INV0029034

10-25-95
T. Coley

J. Coley
10-25-95

RECEIVED
95 OCT 24 PM 1:51

0312/09558

CERTIFICATE OF MAILING

I hereby certify that this paper or, if this paper
is a transmittal letter, every other paper or fee
referred to therein, is being deposited with the
U.S. Postal Service as first class mail in an
envelope addressed to Commissioner of Patents &
Trademarks, Washington, DC 20231, on
OCTOBER 3, 199_ (Date of Deposit)

_____
Date          Name

PLEASE CHARGE ANY DEFICIENCY UP TO $300.00 OR
CREDIT ANY EXCESS IN THE FEES DUE WITH THIS
DOCUMENT TO OUR DEPOSIT ACCOUNT NO. 04-0100

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

   John B. CARLES

Serial No:  8/303,352                 Group Art Unit:  2602

Filed:  September 8, 1994             Examiner:  S. Hsia

For: SYSTEM AND METHOD FOR SELECTIVELY DISTRIBUTING COMMERCIAL
      MESSAGES OVER A COMMUNICATIONS NETWORK

---------------------------------------------------

## AMENDMENT

Hon. Commissioner of
   Patents and Trademarks
Washington, DC   20231

Sir:

        In response to the office action of June 5, 1995 which,
by extension of time, may be responded to on or before October 5,
1995, please amend the above-identified patent application as
follows:

INV0033683

<u>In the Claims:</u>

Please rewrite Claims 1, 2 and 4-7 to read as follows:

1.    (Amended) An apparatus for selectively distributing messages over a communications network comprising:

a controller for communicating over the network with a plurality of subscriber terminals in a plurality of subscriber households served by the communications network, each of said subscriber terminals having a network address;

a reservoir of data operatively associated with said controller, said reservoir containing network addresses of said subscriber terminals and subscriber profile data associated with each of said subscriber households and including demographic data;

a source of commercial messages;

selection means operatively associated with said controller for selecting at least one of said commercial messages for transmission to at least one of said subscriber terminals based on the subscriber profile data associated with said at least one subscriber terminal; and

[tagging] <u>identifying</u> means operatively associated with said controller for identifying the selected at least one commercial message with the network address of said at least one subscriber terminal;

Serial No. 8/303,352
Response to Office Action dated 6.5.95                    Page 2

INV0033684

said controller causing the transmission, over said network from said source to said at least one subscriber terminal, of [the identified] commercial messages identified with the network address of said at least one subscriber terminal. [from said source to said at least one subscriber over the network.]

2.    (Amended) An apparatus as in claim 1 wherein said commercial messages provided by said source contain information identifying at least one characteristic of a household intended to receive the commercial message.

4.    (Amended) An apparatus in accordance with claim 2 further comprising means for generating [said] a target household profile data by comparing data representative of the general population of households and customer household data representative of actual customers of the subject matter of said at least one commercial message.

5.    (Amended) A method for selectively distributing commercial messages across a communications network to at least one of a plurality of subscriber terminals in subscriber households having a network address comprising the steps of:
    [tagging] identifying each of a collection of stored commercial messages with a product code representing characteris-

Serial No. 8/303,352
Response to Office Action dated 6.5.95                    Page 3

INV0033685

*B*

tics of a subscriber household profile common to actual customers of the subject matter of [the] that commercial message; *which the code identifies*

    prioritizing said plurality of subscriber terminals with respect to each product code, based on the conformance of subscriber household profile data for each of said plurality of subscriber terminals to the characteristics represented by each product code; and

    controlling the transmission of a commercial message from said collection to said subscriber terminals so that only terminals of a specified priority relative to [a] the product code receive [a] the commercial message [tagged] identified with *the* that product code.

    6.   (Amended) The method of claim [6] 5 wherein the specified priority is included in said product code.

    7.   The method of claim 6 wherein the step of prioritizing said plurality of subscriber terminals comprises the steps of:

    with respect to each product code, comparing profile data representative of customer households with profile data representative of all households, producing a weighting factor with respect to each difference characteristic related to the frequency of occurrence;

Serial No. 8/303,352
Response to Office Action dated 6.5.95             Page 4

INV0033686



calculating a subscriber's priority with respect to [a] the product code by analyzing the respective subscriber's household profile for the presence of difference characteristics and adding the corresponding weighting factor to the subscriber's priority when a difference characteristic is present.

## R E M A R K S

This patent application presently includes Claims 1-7, all of which stand rejected. The claims are amended to define the applicant's invention more precisely, and all rejections are respectfully traversed.

The examiner objected to Fig. 4 of the drawings, because the "2" in step 2 was missing. Under separate cover, the applicant is submitting a proposed revision to Fig. 4, in which the number "2" has been inserted. It is respectfully requested that this revision be approved. It is also requested that all other drawings requirements be held in abeyance until such time as the examiner indicates that claims are allowed.

The examiner also objected to the application, owing to the absence of a section headed "Summary of the Invention." It is noted that the section headings specified in 37 C.F.R §1.77

Serial No. 8/303,352
Response to Office Action dated 6.5.95                    Page 5

INV0033687

are not mandatory. The applicant prefers not to use a section heading entitled Summary of the Invention.

Claims 1-7 were rejected under 35 U.S.C. §112 as indefinite. The examiner indicated the specific language in Claims 1, 2, 4, 5, 6 and 7 that was considered to be objectionable. In some instances, the examiner suggested appropriate corrections. Unless specifically discussed below, such suggestions have been adopted in the present amendment.

The last subparagraph of Claim 1 has been amended to improve its readability and to eliminate a lack of antecedent basis for "the identified commercial messages." Similarly, Claim 4, Line 2 has been amended to recite "a target household...", and Claim 5, Line 8 has been amended to recite "that commercial message."

It is also noted that the "tagging means" of Claim 1 is now specified as "identifying means." It is believed that this amendment is appropriate and proper since the function of this means is "identifying" and is not limited to tagging in order to do so. Similarly, "tagging" has been changed to "identifying" in Claim 5, Line 5, and "tagged" has been changed to "identified" in Claim 5, Line 17. It is contemplated that the identification with a product code set forth in this claim can be performed in other ways than tagging, and tagging is therefore believed to be too limited a definition of that method step.

Serial No. 8/303,352
Response to Office Action dated 6.5.95                    Page 6

INV0033688

For all of the above reason, it is believed that all claims are now clear and concise and all rejections under 35 U.S.C. §112 should now be withdrawn.

Inasmuch as the examiner indicated in the office action that all claims would become allowable if the rejections under 35 U.S.C. §112 were overcome, it is believed that all claims should now be allowed.

Applicant's attorney has made every effort to place this patent application in condition for allowance. It is therefore earnestly requested that the application, as a whole, receive favorable reconsideration and that all the claims be allowed as presently constituted. Should there remain any unanswered questions, the Examiner is requested to call the applicant's undersigned attorney at the telephone number given below.

Respectfully submitted,

Joseph B. Lerch
Reg. No. 26,936
Attorney For Applicant(s)

DARBY & DARBY P.C.
805 Third Avenue
New York, NY 10022
(212) 527-7700

M:\0312\0953\US56871

Serial No. 8/303,352
Response to Office Action dated 6.5.95                          Page 7

**JA-43**

INV0033689

2012-12-06 Niemeijer depo tr.txt

```
0001
  1    UNITED STATES DISTRICT COURT
  2    DISTRICT OF DELAWARE
  3    -----------------------------------x
  4    INVIDI TECHNOLOGIES CORPORATION,
  5                               Plaintiff,
                                          Civil Action No.
  6              -against-                      11-397-RGA
  7    VISIBLE WORLD, INC. and CABLEVISION
       SYSTEMS CORPORATION
  8
                               Defendants.
  9
       -----------------------------------x
 10
                              December 6, 2012
 11                           9:51 a.m.
 12
 13
 14
 15
 16         Videotaped Deposition of GERRIT NIEMEIJER,
       taken by Plaintiff, pursuant to Notice, at the
 17    offices of Paul, Weiss, Rifkind, Wharton &
       Garrison, 1285 Avenue of the Americas, New
 18    York, New York, before William Visconti, a
       Shorthand Reporter and Notary Public within and
 19    for the State of New York.
 20
 21
 22
 23
 24
0002
  1    A P P E A R A N C E S:
           FISH & RICHARDSON P.C.
  2        Attorneys for Plaintiff
                  One Marina Park Drive
  3               Boston, Massachusetts 02210-1878
  4        BY:    STEVEN R. KATZ, ESQ.
                  katz@fr.com
  5
  6
           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
  7        Attorneys for Defendants
                  1285 Avenue of the Americas
  8               New York, NY 10019-6064
  9        BY:    ANDREW S. BROWN, ESQ.
                  abrown@paulweiss.com
 10
 11
 12
       ALSO PRESENT:
 13
           WILLIAM PACE, Videographer
 14
 15
 16
 17
 18
 19
 20
 21
 22
```

2012-12-06 Niemeijer depo tr.txt
```
1         A.     QuickTime, there is a bunch of --
2    and compressed video files for example.
3         Q.     In your experience are commercials
4    always stored as files in the television field?
5         A.     Yes.
6         Q.     So it is your testimony that a
7    commercial is always stored as a file?
8         A.     I would say that I can't think of
9    any situation where they are not stored as a
10   file, so I can't really rule that out, but I
11   can't think of an example for that.
12        Q.     Would you call a commercial message
13   a media file?
14        A.     Media file is probably a little bit
15   too generic.  I would call it a video and audio
16   file.
17        Q.     What might media encompass that is
18   more broad than just video and audio?
19        A.     It could be GIFs, it could be any
20   matter of graphic files which is probably not a
21   commercial.
22        Q.     So like you're saying a still image
23   stored as a file might be considered a media
24   file, but you wouldn't consider that to be a
0009
1    commercial message?
2         A.     Or an animation or something on the
3    Internet.
4         Q.     Let's limited it to the television
5    field so we are clear.  Actually for the
6    instance in the Internet, couldn't a still
7    image be a commercial in the Internet?  Aren't
8    many Internet commercials actually still
9    images?
10        A.     Yes, although I don't know if the
11   term commercial is used on the Internet that
12   much.
13        Q.     Okay, let's focus on the television
14   field.
15        A.     Right.
16        Q.     In the television field, again, it
17   is your testimony that commercial messages are
18   always stored as files?
19               MR. BROWN:    Objection.
20        A.     As I said, I can't rule out that
21   they are not stored as not files -- I can't
22   think of any examples.  So I think they are
23   mostly stored as files.
24        Q.     And Visible World, for example,
0010
1    only stores commercial messages as files?
2         A.     Yes, I can't think of any examples.
3         Q.     In fact Visible World only stores
4    commercial messages as audio and visual files;
5    is that correct?
6               MR. BROWN:    Objection.
7         Q.     Is that correct?
8         A.     That's correct, yes.
9         Q.     Would you agree that Visible World
10   also only stores commercial messages as
11   prerecorded media files?
12               MR. BROWN:    Objection.
13        A.     Can you repeat the question?
14        Q.     Before you mentioned that media was
```

2012-12-06 Niemeijer depo tr.txt

```
15   like a more generic term and you referred to
16   audio/video.  I take it you consider the audio
17   and video file is subspecies of the larger
18   field or larger grouping of media; is that
19   correct?
20        A.    Yes.
21        Q.    Given that, would you also agree
22   that Visible World only stores their commercial
23   messages as prerecorded media files and more
24   specifically audio and video files?
0011
1              MR. BROWN:   Objection.
2         A.    I would say we store them as
3    audio/video files.
4         Q.    I understand that would be your --
5    if someone just asked you that is what you
6    would say.  Would you also agree because you
7    store them as audio/video files they are also
8    prerecorded media files?
9              MR. BROWN:   Same objection.
10        A.    I would say they are recorded as
11   audio/video files.  I would make that clarification
12   immediately.
13        Q.    Would you testify under oath that
14   the audio/video files are not prerecorded media
15   files?
16        A.    No.
17        Q.    Because in fact while it is more
18   specific, an audio/video file is also a media
19   file; is that correct?
20        A.    Correct.
21        Q.    Visible World provides something to
22   Cablevision called, what it calls a household
23   addressable solution; is that correct?
24        A.    Yes, that is correct.
0012
1         Q.    When Visible World uses the term
2    household addressable in that context, what
3    does it mean?
4         A.    It means that that people that --
5    different households see different commercials.
6    Can see different commercials.
7         Q.    And how does that work?  How is it
8    that the Visible World system can make it so
9    different households see different commercials?
10             MR. BROWN:   Objection.
11        A.    We have a set top box application
12   that sits in the set top box, in this case
13   Cablevision that will actually switch to -- has
14   the ability to switch to commercials, different
15   commercials.
16        Q.    What set top boxes does Visible
17   World have software for?  Do you understand
18   that question?  Let me ask it a little better.
19             I understand that Visible World
20   writes software for set top boxes, it writes it
21   for a particular brand of set top box; is that
22   correct?
23        A.    That is not completely correct now.
24        Q.    You mean, so does Visible World
0013
1    software run on any set top box?
2         A.    No.
3         Q.    So what set top boxes does Visible
```

2012-12-06 Niemeijer depo tr.txt
```
 6        A.    Yes.
 7        Q.    Prior to when the lawsuit was
 8   filed, when you saw the '516 patent which we
 9   labeled as Exhibit 1 and you saw the reference
10   to a head end in figure five, at that time your
11   understanding was head ends were found in cable
12   networks, right?
13              MR. BROWN:    Objection.
14        A.    Head ends are found in cable
15   networks, correct.
16        Q.    And back at that time when you read
17   this patent, you actually aren't aware of head
18   ends being used in any other kind of network;
19   correct?
20        A.    Probably not.
21        Q.    In fact, even today you're not --
22   you're not aware of the term head end being
23   used outside the context of a cable network;
24   isn't that correct?
0060
 1        A.    I guess it depends on how you
 2   define a cable network.  Like, for example, you
 3   have Verizon or AT&T, I guess it depends on if
 4   you call them cable networks or not.
 5        Q.    When you say Verizon, you're
 6   referring to their FiOS software?  Is that a
 7   yes?
 8        A.    Yes, that is a yes.
 9        Q.    Do you consider Verizon FiOS to be
10   a cable network?
11        A.    I don't know.
12        Q.    Do you actually know the topology
13   of the Verizon FiOS network?
14        A.    Not well, not intimately, no.
15        Q.    Do you know if in Verizon FiOS the
16   programming for television is broadcast out to
17   neighborhoods similar to a cable network?
18        A.    I don't know.
19        Q.    Going back to how the Visible World
20   system is able to provide household addressable
21   advertising.  What pieces of information are
22   used by the set top box to pick the right
23   commercial?
24        A.    It is using information that it has
0061
 1   stored typically ahead of the commercial break
 2   which I believe are called binary profiles.
 3        Q.    Of course the binary profile alone
 4   isn't enough to switch to the right commercial,
 5   you also -- the set top box also needs to read
 6   the in-band data tables that we were talking
 7   about earlier; correct?
 8        A.    Yes.
 9        Q.    Do you have an understanding of how
10   the set top box uses those two pieces of information
11   to obtain the proper commercial.
12        A.    Yes, I do.
13        Q.    How does that work?
14        A.    It uses the binary profile that it
15   has as a look up table, in-band table, to find
16   the right commercial.
17        Q.    Am I correct that what it finds in
18   the look up table is a PID number for the right
19   commercial?
```

## 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF DELAWARE
---------------------------------x
INVIDI TECHNOLOGIES CORPORATION,
                    Plaintiff,
                              Civil Action No.
        -against-          11-397-RGA
VISIBLE WORLD, INC. and CABLEVISION
SYSTEMS CORPORATION
                    Defendants.
---------------------------------x
                    November 7, 2012
                    9:13 a.m.

        HIGHLY CONFIDENTIAL
        PURSUANT TO PROTECTIVE ORDER

    Videotaped Deposition of SETH HABERMAN,
taken by Plaintiff, pursuant to Notice, at the
offices of Paul, Weiss, Rifkind, Wharton &
Garrison, 1285 Avenue of the Americas, New
York, New York, before William Visconti, a
Shorthand Reporter and Notary Public within and
for the State of New York.

## 3

1      IT IS HEREBY STIPULATED AND AGREED

2  by and between the attorneys for the

3  respective parties herein that filing and

4  sealing be and the same are hereby waived.

5      IT IS FURTHER STIPULATED AND AGREED

6  that all objections, except as to the form

7  of the question, shall be reserved to the

8  time of the trial.

9      IT IS FURTHER STIPULATED AND AGREED

10 that the within deposition may be signed

11 and sworn to before any officer authorized

12 to administer an oath with the same force and

13 effect as if signed and sworn to before the

14 Court.

15

16

17

18

19

20

21

22

23

24

## 2

1  A P P E A R A N C E S :

   FISH & RICHARDSON P.C.

2  Attorneys for Plaintiff

   One Marina Park Drive

3  Boston, Massachusetts 02210-1878

4  BY:  STEVEN R. KATZ, ESQ.

   katz@fr.com

5

6

   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

   Attorneys for Defendants

7  1285 Avenue of the Americas

   New York, NY 10019-6064

8  BY:  CATHERINE NYARADY, ESQ.

9  cnyarady@paulweiss.com

10

11

12

   ALSO PRESENT:

13

   ROBERT GIBBS, Videographer

14

15

16

17

18

19

20

21

22

23

24

## 4

| | | |
|---|---|---|
| 09:13:32 | 1 | THE VIDEOGRAPHER:  Good morning |
| 09:13:36 | 2 | every one.  This is the video operator speaking, Robert |
| 09:13:42 | 3 | Gibbs of Merrill Legal Solutions of Boston, 179 |
| 09:13:47 | 4 | Lincoln Street, Suite 401, Boston, Massachusetts 02111. |
| 09:13:51 | 5 | Today is November 7th, 2012 and the time is 9:13 a.m. |
| 09:13:55 | 6 | We are at offices of Paul, Weiss, Rifkind, Wharton & |
| 09:13:57 | 7 | Garrison LLP, 1285 6th Avenue, New York City, |
| 09:14:04 | 8 | New York to take the videotape deposition of |
| 09:14:06 | 9 | Mr. Seth Haberman in the matter of Invidi |
| 09:14:09 | 10 | Technology Corporation versus Visible World |
| 09:14:11 | 11 | Inc. and Cablevision Systems Corporation in the |
| 09:14:18 | 12 | United States District Court for the District |
| 09:14:20 | 13 | of Delaware.  Case number 11-397 RGA. |
| 09:14:20 | 14 | Will counsel introduce themselves for the |
| 09:14:22 | 15 | record. |
| 09:14:25 | 16 | MR. KATZ:  Steven Katz with |
| 09:14:26 | 17 | Fish & Richardson representing the Plaintiff |
| 09:14:27 | 18 | Invidi Technology Corporation. |
| 09:14:30 | 19 | MS. NYARADY:  Catherine Nyarady |
| 09:14:31 | 20 | with Paul Weiss representing Defendants and the |
| 09:14:32 | 21 | witness. |
| 09:14:34 | 22 | THE VIDEOGRAPHER:  Will the court |
| | 23 | reporter, Bill Visconti, of Merrill Legal Solutions please |
| | 24 | swear the witness. |

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
SETH HABERMAN - 11/7/2012

257

| | |
|---|---|
| 04:09:39 | 1  rebroadcast of ABC, NBC, CBS, you would not |
| 04:09:40 | 2  consider that a distribution because it's a |
| 04:09:45 | 3  broadcast? |
| 04:09:46 | 4     A.  Correct, I wouldn't consider it a |
| 04:09:50 | 5  selective distribution. |
| 04:09:50 | 6     Q.  I'm trying to remove the word |
| 04:09:58 | 7  selective.  You say what does selective mean, |
| 04:09:59 | 8  how can it be distinguished from distribution. |
| 04:10:04 | 9     A.  Correct. |
| 04:10:10 | 10     Q.  You're saying that someone told you |
| 04:10:14 | 11  that Cablevision distributes the major networks, ABC, |
| 04:10:17 | 12  NBC, CBS to everyone in its cable network, you |
| 04:10:19 | 13  would say that is the wrong use of the word |
| 04:10:22 | 14  distribute?  You would say that doesn't make |
| 04:10:24 | 15  sense to you? |
| 04:10:26 | 16     A.  I don't think it is the right use |
| 04:10:31 | 17  of the word distribute, correct. |
| 04:10:33 | 18     Q.  Because you would say if something |
| 04:10:34 | 19  is sent to everybody it should be called |
| 04:10:36 | 20  broadcast, not distribute? |
| 04:10:40 | 21     A.  Right.  Distribute has a specific |
| 04:10:44 | 22  meaning.  The prefix of that word to dis means |
| | 23  something, it means to separate.  Like the same |
| | 24  word discrete, you know, they all separate -- |

258

| | |
|---|---|
| 04:10:57 | 1  you have separation. |
| 04:11:01 | 2     Q.  I understand your reasoning.  I |
| 04:11:04 | 3  want to make sure that it is clear.  The |
| 04:11:07 | 4  distinction you're making that if something is |
| 04:11:08 | 5  broadcast to everybody in your view distribute |
| 04:11:10 | 6  is not the proper word? |
| 04:11:14 | 7     A.  I wouldn't know why you would use |
| 04:11:17 | 8  that word.  Like the cable companies are |
| 04:11:19 | 9  distributors because they are not to everyone. |
| 04:11:21 | 10  They are only to the people who get those cable |
| 04:11:25 | 11  signals.  That is how the word is used. |
| 04:11:27 | 12     Q.  Now, you understand that HBO for |
| 04:11:29 | 13  instance requires a special subscription and |
| 04:11:29 | 14  payment of a special premium price? |
| 04:11:33 | 15     A.  Correct. |
| 04:11:38 | 16     Q.  Is HBO distributed on a cable |
| 04:11:49 | 17  network or is it broadcast? |
| 04:11:53 | 18     A.  Well, let's see, HBO is -- HBO now |
| 04:11:57 | 19  there is one extra piece which is it is also |
| 04:11:59 | 20  encrypted which adds a whole another piece |
| 04:12:04 | 21  because the encryption requires a key being |
| 04:12:09 | 22  sent.  And so once you have a key being sent, |
| | 23  then that is an aspect of a distribution |
| | 24  because you need to send a key in order to |

259

| | |
|---|---|
| 04:12:19 | 1  unlock it. |
| 04:12:23 | 2     I don't think you would say HBO is |
| 04:12:25 | 3  broadcast to everything because it is not in |
| 04:12:54 | 4  the form that you can actually do anything with |
| 04:12:56 | 5  it. |



NY-622975 v3

**By Facsimile - Confirmation to follow by Mail**

**CONFIRMATION**

Our reference: SGH/SK/25908
Your reference:

European Patent Office
Directorate General 2
Erhardtstrasse 27
D-80298 Munchen
Germany

EPO - Munich
66
2 1. Nov. 2001

19 November 2001

**fJ CLEVELAND**

Dear Sirs

**EPC Patent Application No. 95933116.6-2202**
**Corres. to UNITED STATES Application No. 303352**
**John B Carles**

40 - 43 Chancery Lane
London WC2A 1JQ

Telephone
+44 (0)20 7405 5875

Fax
+44 (0)20 7831 0749

E-mail
mail@fjcleveland.com

Website
www.fjcleveland.com

In response to the communication dated 19 September 2001 noting less of rights under Rule 69(1) EPC I hereby request further processing of this application under Article 121 EPC and ask that you debit our deposit account number 28050092 in respect of the further processing fee. I will now further proceed to complete the omitted act by responding to the communication from Examining Division dated 2 February 2001.

In response to the Examination Report of 2 February 2001 I am filing herewith, a replacement set of claims 1 to 15 to replace those claims currently on file. In addition, please find enclosed replacement pages 2, 2a and 2b to replace those correspondingly numbered pages currently on file. These pages will be filed in duplicate with the mailed confirmation copy of this letter.

To assist the Examiner, I further enclose a copy of claims 1 and 5 showing the effected amendments in manuscript. Replacement pages 2, 2a and 2b of the description merely reflect the amendments made to the claims.

Basically, the amendments effected to claim 1 and claim 5 simply clarify the significant difference between the operation of the currently claimed invention and that of the prior art discussed in D1 by avoiding any ambiguity and clearly specifying that the decision and selection processes regarding which commercial messages are to be sent to which subscriber terminal are effected by the controller (10) which is remote from and operating independently of the subscriber terminal. In this manner, I submit that the claims of the current invention are clearly distinguished over the D1 citation in a manner which makes the defined subject matter patentable with regard to the prior art.

Whilst the Examiner, in his communication of 2 February 2001, maintained his objections to the current invention as lacking inventive step over the D1 citation by reference to

EUROPEAN PATENT ATTORNEYS   CHARTERED PATENT AGENTS   REGISTERED TRADE MARK ATTORNEYS

PARTNERS  Alan Bernard CPA EPA MITMA   Jonathan Clegg MITMA   Julian Crump CPA EPA   David Evans CPA EPA FITMA   Lorna Hobbs MITMA   Norman Smith CPA EPA
SENIOR ASSOCIATES   Fraser Brown CPA EPA   Tom Faulkner CPA EPA   Imogen Wiseman MITMA   ASSOCIATE   Joanna Larkey MITMA
SENIOR ASSISTANTS   Ian Gruselle   Peter Houlihan   Richard Howson   Clare Lawrence   Jennifer Noel   Alice Wrangham CPA   CONSULTANT   Christopher Everitt CPA EPA

Continuation / 2

# fJ CLEVELAND

vague and unsubstantiated statements within the D1 citation, I now wish to explain why the Examiner is incorrect in adopting such an interpretation of the prior art.

As previously accepted by the Examiner, and critical to the inventive concept of the current invention, the D1 citation undertakes a decision making and selection process with regard to which commercial a terminal will display at any time at the subscriber terminal, as opposed to the present invention whereby that decision and selection making process is made at the head end or controller. This is a fundamental difference between the current invention and the prior art, offering significant advantages by use of the current invention in a manner which is not taught nor alluded to in any way by the D1 citation which, in fact, teaches away from the current invention.

Despite D1, in one particular embodiment, identifying that the head end has access to the demographic information (reference column 2 lines 10-15), it fails to appreciate the advantages of adapting and using this demographic information at the head end in a manner claimed in the current invention. In other words, even when demographic information is provided from the head end, it is transmitted and stored in a television convertor or subscriber terminal to enable a selection of appropriate commercials.

This argument is further supported by the specific embodiment described in the D1 citation, (which since derived from a US priority document, may be considered as the "best method" of using the D1 invention). It is clear that the system requires the selection process to be carried by the subscriber terminal since it requires real time variation of the demographic material to identify a specific user of the television through information provided by the remote controller in order that the commercials can be targeted to a specific user such as a child, male adult etc (see lines 34-44, column 2). There is certainly no information which could remotely be considered to provide for real time communications between the set top convertor and the head end of the D1 citation which could suggest the possibility of remote controller input information being returned immediately to the head end to vary the data stream to include an appropriate selected commercial. This, of course, can only be effected by the system described in D1 whereby selection is effected at the subscriber terminal. Therefore, since the preferred best embodiment of the D1 invention could not be adapted to the manner of the current invention we believe it unreasonable to submit that the current invention is therefore obvious in light of disclosures made in this citation, since to do so would make it impractical to apply the preferred embodiment. As such, we submit the D1 teaches away from the current invention and cannot therefore be used as a basis of lack of inventive step for the current invention as now claimed. All described embodiments in D1 require the transmission of a plurality of commercials to each subscriber terminal where selection is made.

Furthermore, I will now elaborate my arguments in more detail and address each of the specific objections raised by the Examiner.

Continuation / 3

Firstly, in the Examination Report of 2 February 2001, the Examiner states that column 4, lines 26-28 and column 7, lines 52-58 discloses "the reservoir of data can be operatively associated with the computer". However the Examiner's interpretation of this clause is incorrect by his failure to associate this term in the claimed invention with the clarifier "so that said controller causes transmission of commercial messages identified with the network address of said at least one subscriber terminal". Thus the phrase "operatively associated" indicates an interaction between the reservoir of data and the controller to enable the controller to cause transmission of selected commercial messages.Therefore, D1 does not disclose a reservoir of data that can be "operatively associated" with the controller. Thus, the Examiner's next point that the reservoir of data is not necessarily created by uploading information from the user's terminal is irrelevant, because the reservoir of data referred to by the Examiner in D1 is not "operatively associated" with the controller, however created.

Next, the Examiner specifies that "making the step of deciding to select a subscriber's commercial can be done at the head end also " (by reference to column 4, lines 29-33). However, it is submitted that the Examiner's interpretation of this particular extract from the D1 citation is incorrect and uses the benefit of hindsight of the disclosures made in the current application to apply interpretation to this particular extract which is inconsistent with the D1 disclosure per se and certainly cannot be supported by the description of the D1 citation. Notably, this paragraph in column 4 refers to the head end apparatus further comprising means for storing data indicative of demographic characteristics of a cable television subscriber. This is accepted. The extract specifically referred to by the Examiner then proceeds to describe "means responsive to the stored data direct subscriber apparatus serving the subscriber to tune to a designated channel". The only supporting description in the body of the specification which can be associated with this extract explains that demographic data can be downloaded from the head end to the subscriber terminal (column 7 lines 55-58) where it can then be analysed to select a specific channel having the required commercial, the specific channel being one of a number downloaded to the subscriber terminal. Therefore, the only "means responsive to the stored data" that are described in the D1 citation are found in the subscriber terminal. Thus the only interpretation supported by the description of D1 that can be given to this phrase is that whilst data may be stored in the head end apparatus, the means responsive to this stored data are found in the subscriber terminal. It is submitted that it is only with the benefit of hindsight of the current invention that the Examiner has applied a different interpretation to this phrase thus indicating that the head end itself may have some form of analysis means to analysis the data and make a predetermined selection of a particular commercial for use with a particular subscriber terminal. However, no where in the description of the text can found such basis for this interpretation. Therefore I would contend the Examiner is incorrect in reliance on this particular phrase to show an anticipation of the invention.

However, even in the event that the Examiner is able to justify such an interpretation of this particular extract, then what he is implying is that this phrase arguably describes a

Continuation / 4

# fJ CLEVELAND

specific concept of the head end creating a signal responsive to the demographic data to target a specific commercial by means of a change in channel at the subscriber terminal. Even by applying such a interpretation, the Examiner has overlooked the critical feature of the invention as now claimed being a system for "selectively distributing messages over a communications network".

This returns us to the fundamental issue relating to the current invention which is that control of the volume of information distributed is achieved by selecting appropriate material to be sent to a specific subscriber only. The passage referred by the Examiner in the D1 citation relates specifically to the situation whereby a multiple number of commercials are still sent out to all subscribers together with some form of undisclosed additional signal indicating which channel the subscriber terminals should then select to show to the subscriber. This is no way selectively distributes messages over the communication network but is specifically intended to blanket distribute a large volume of unnecessary commercials to each and every subscriber. Therefore, even if the prior art arguably describes a system for the head end to identify a commercial to be shown to a particular subscriber, it certainly does not do so in a way for selectively distributing messages over the communications network so that the controller can cause transmission of a commercial message identified with a network address. There is no control at the head end for selectively distributing message in response to analysis of the demographic data. In addition any such "selection" process in D1 undertaken at the head end does not, in any way, operate independently of the subscriber terminals. D1 still requires "selection" to take place at the subscriber terminal.

Furthermore, if the Examiner maintains that the D1 citation provides for the head end a means for storing data and also means responsive to this stored data to direct the subscriber apparatus to select a designated channel from one of the plurality then this is a further clear indication of inventive step in the current invention. Despite the argument raised by the Examiner that the current invention lacks inventive step in light of the D1 citation this cannot be justified since the problem to be overcome by the current invention is in fact considered the most effective procedure according to the earlier state of the art (D1). Notably, the fact that even if the head end sent a signal to the subscriber apparatus to identify which channel should be operated for a particular subscriber (ie has decided which commercials is to be viewed by a subscriber), it still did not address the problem of the need to send all commercials to that particular subscriber requiring use of multiple available channels for each of those commercials. Therefore the proprietor of the D1 citation would have either failed to recognise the draw backs of sending a large number of commercials to the subscriber apparatus or, if he recognised this as a problem, was unable despite the disclosures made in the D1 citation, to arrive at the solution to such a problem by means of the current invention. Thus, the requirements for inventive step must be met by the current invention as now claimed as it provides a significant advantage over the system described in the prior art.

Effectively, and as submitted previously, the D1 citation simply provides for a system of

# fJ CLEVELAND

sending a plurality of transmissions via the network to a subscriber terminal whereby different channels are allocated different programs one or more of which will comprise a commercial message. The subscriber terminal then selects which channel and thus which commercial is to be viewed by the subscriber. The actual selection of the commercial will occur at the subscriber terminal whereby arguably the identification of the commercial may take place either in the head end or in the subscriber terminal. However, in either case the subscriber terminal receives a plurality of signals which occupy a plurality of channels which have not in any way been screened or previously selectively distributed. As such, a significant band width is required to transmit all possible combination to each and every subscriber and for the subscriber terminal to select those appropriate to the subscriber. However, it is well known within this field of technology that even on cable systems there is a finite band width and a finite number of channels that can be allocated to each subscriber terminal. Thus the necessity to occupy a plurality of such channels and a significant amount of band width with unnecessary and unwanted commercials significantly impairs the operational capability of the D1 system. Opposed to this, the current invention provides a means of directly providing a single identified signal compatible with the subscriber terminal so far as to only occupy one channel and significantly less band width.

I therefore have to disagree with the Examiner's view that both alternatives (i) and (ii) will incur similar band width expense since the current invention will not need to send all possible commercials, only those selected at the head end as relevant to the intended subscribers. Conversely D1 requires that all commercials be sent to all subscribers.

A further major benefit of the current invention is the fact that the current system will only occupy a single channel allowing a significant increase in the available channels for other programs to be transmitted by the operating system. It is quite clear that the current invention will allow targeted commercial information to be sent to each channel whereas the D1 citation will require a plurality of "commercial channels" to be associates with each program channel and thus the number of available channels for programming will decrease rapidly in light of the plurality of commercial channels associated with each non-commercial channel since it is reasonable to assume that different advertisers would wish for different commercials to be associated with different channels / non-commercial programmes. Therefore, there is no justification in the Examiner dismissing the advantages of the current invention as being insignificant since it in fact offers a major improvement on band width availability and channel availability within such communications networks.

I believe the forgoing arguments now conclusively establish an inventive step in the current invention as now claimed which distinguishes over the D1 citation. Similarly, claim 5 is clearly novel over the D1 citation on the basis that it also is directed to a combination for a system "for selectively distributing messages over a communications network". D1 citation does not disclose this system for selectively distributing messages over communications network but rather relates to a system for distributing a plurality of

# fJ CLEVELAND

messages over a communications network which messages are to be subsequently selected for display at the subscriber terminal. Thus the D1 citation can not be considered to show a combination for such a system since this has not been envisaged nor discussed in any way in the D1 citation. Claim 5 is thus novel. Once novelty has been established, then the same arguments that are submitted to establish inventive step for claim 1 now form a basis for establishing inventive step in claim 5.

Furthermore, the Examiner has objected to independent claims 1, 5, 8, 10 and 13 as relating to the same subject matter and to differ from each other only with regard to definition of the subject matter for which protection is sort. As such the Examiner has maintained objection to lack of conciseness as failing to meet the requirements under Article 84 EPC. However, I must disagree on this point and submit that each of the independent claims, whilst describing similar core features are each related to a separate invention which requires independent protection by means of independent claims. However, each of the 5 independent claims clearly relates to the single inventive concept of a system and method for selectively distributing messages over a communications network by identifying the required commercial at its head end to selectively distribute these message to a predetermined subscriber terminal following analysis of certain demographic material. In particular, claim 1 is directed towards a system for selectively distributing messages, while claim 5 relates to a combination for such a system comprising of a reservoir of data, a selection means and identifying means. Thus claim 5 is directed to a particularly identified combination of features for use in the system of claim 1 but is not limited to a system per se.

Claim 8 is directed to a similar system for selectively distributing commercial messages across communication networks but further specifies means for prioritising the plurality of subscriber terminals, but without some of the claim limitations of the system of claim 1. Thus to simply make this a dependent claim would significantly erode the broad protection to which applicant is entitled relating to such a system having a prioritising means. In particular, claim 8 relates to a system employing an additional concept to that claimed in claim 1 and claim 5 whereby not only is the demographic data used for selection and distribution of commercials but the additional limitation is invoked to also prioritise the weighting of different demographic data. Here, stored commercial messages are identified with a particular product code characteristic of customers of the subject matter of the commercial. The subscriber terminals are prioritised with respect to each product code based upon the conformance of the respective house hold to the characteristic represented by the particular product code. The transmission of commercial messages is then controlled so that only terminals achieving a specific priority relative to the product code receive a commercial message identified with that code. However, whilst this claim is different to claims 1 and 5 it still relates to the single inventive concept of a system for selectively distributing commercial messages across this communications network. Again, for this particular claim the D1 citation can not be considered relevant as it does not discuss or anticipate in any way or form such subject matter.

Continuation / 7

# fJ CLEVELAND

Claims 10 and 13 are simply method claims relating to the method performed by the systems of claim 8 and claim 1 respectively whereby the Applicant is clearly warranted in seeking protection of a method performed by such systems. Therefore, despite the number of independent claims in this application, each one is considered to merit independent protection to ensure the clients rights in seeking broad protection of this invention is maintained.

In light of the foregoing arguments, we trust the Examiner will now reconsider the objections to the current application and will now find these claims to be allowable and enable this application to proceed to grant.  However, I do note from the Examination Report that the Examiner has shown reluctance to allow this application to proceed  with the current claims and has indicated that refusal is likely to be expected in further prosecution of this application. If the Examiner is still envisaging issuing a refusal of this application, the applicant hereby requests the appointment of Oral Proceedings.

Yours faithfully

NICW

Norman Ian Smith
Authorised Representative

Encs

_Amendments shown in manuscript for reference only._

15

**Claims:**

1.      A system for selectively distributing messages over a communications

network comprising

5              a controller (10) for communicating over the network (17) with a

plurality of subscriber terminals (14) in a plurality of subscriber households

served by the communications network (17), each of said subscriber terminals

[ remote from the subscriber terminals ]

(14) having a network address, a reservoir of data (33, 34, 36), said reservoir

containing network addresses of said subscriber terminals and subscriber profile

10      data associated with each of said subscriber households (15) and including

demographic data,

              a source of commercial messages (38),

[ remote from and operating independently of the subscriber terminals ]

              selection means (11) for selecting at least one of said commercial

[ for one of the subscriber terminals ]

messages (38) based on the subscriber profile data associated with the

15      subscriber household having said at least one subscriber terminal, and

[ remote from and and operating independently of the subscriber terminals ]

              identifying means for identifying the selected at least one commercial

[ said one ]

message within the network address of the subscriber terminal,

              said controller (10) causing transmission over said network (17) from

said source (38) to at least one subscriber terminal (14) of commercial

20      messages characterised in that said reservoir of data (33; 34, 36), said selection

means (11) and said identifying means are operatively associated with said

16

controller (10) so that said controller causes transmission of commercial

messages identified with the network address of said at least one subscriber

terminal (14).


5    2.    A system according to claim 1 wherein said commercial messages

provided by said source (38) contain information identifying at least one

characteristic of a household intended to receive the commercial message.


3.    A system according to claim 1 wherein said reservoir of data (33, 34,

10   36) further comprises target household profile data identifying characteristics of

actual customers of the subject matter of said at least one commercial message,

and means for comparing the subscriber's profile data and said target profile

data (step 9),

            said selection means (11) selecting commercials (38) for transmission to

15   a subscriber terminal in relationship to the comparison between the subscriber's

profile data and the target profile data.


4.    A system according to claim 2 further comprising means for generating

target household profile data by comparing data representative of the general

20   population of households and customer household data representative of actual

customers of the subject matter of said at least one commercial message (step

17

6).

5.    A combination for a system for selectively distributing messages over a

communications network (17), said system including a source of commercial

5      messages (38), and a controller (10) communicating over the network with a

plurality of subscriber terminals (14) in a plurality of subscriber households

(15) served by the communications network (17) and controlling the

transmission of the commercial messages from the source (38) to the subscriber

terminals (14) over the network (17), each of the subscriber terminals (14)

10     having a network address, characterised in that the combination comprises:

( remote from the subscriber terminals )

        a reservoir of data (33, 34, 36) which in use is operatively associated

with the controller (10), said reservoir containing network addresses of the

subscriber terminals (14) and subscriber profile data associated with each of the

subscriber households (15) and including demographic data;

( remote from and acting independently of the subscriber terminals )

15              selection means (11) which, in use, is operatively associated with the

controller  (10) for selecting at least one of the commercial messages (38) for

transmission to at least one of the subscriber terminals (14) based on the

subscriber profile data associated with said at least one subscriber terminal; and

( remote from and operating independently of the subscriber terminals )

        identifying means which in use is operatively associated with said

20     controller (10) for identifying the selected at least one commercial message

with the network address of said at least one subscriber terminal.

18

6.      A combination according to claim 5 wherein the reservoir of data (33,

34, 36) further comprises target household profile data identifying

characteristics of actual customers of the subject matter of said at least one

commercial message, and

5           means for comparing the subscriber's profile data and said target profile

data (step 9), said selection means (11) selecting commercials for transmission

to a subscriber terminal (14) in relationship to the comparison between that

subscriber's profile data and the target profile data.


10    7.      A combination according to claim 6 further comprising means for

generating said target household profile data by comparing data representative

of the general population of households and customer household data

representative of actual customers of the subject matter of said at least one

commercial message (step 6).

15

8.      A system for selectively distributing commercial messages (38) across a

communications network (17) to at least one of a plurality of subscriber

terminals (14) in subscriber households (15) having a network address

characterised by comprising:

20          means (11) for identifying each of a collection of stored commercial

messages (38) with a product code representing characteristics of a subscriber

19

household profile common to actual customers of the subject matter of that

commercial message which the code identifies;

means (11) for prioritizing said plurality of subscriber terminals with

respect to each product code, based on the conformance of subscriber

5     household profile data for each of said plurality of subscriber terminals to the

characteristics represented by each product code; and

means for controlling (10') the transmission of a commercial message

from said collection (38) to said subscriber terminals (14) so that only

terminals of a specified priority relative to a product code receive the

10    commercial message identified with the product code.


9.    A system according to claim 8 wherein the means for prioritizing said

plurality of subscriber terminals comprises:

means for comparing, with respect to each product code, profile data

representative of customer households with profile data representative of all

15    households (step 6), and producing a weighting factor with respect to each

difference characteristic related to the frequency of occurrence (step 8); and

means for calculating the subscriber's priority with respect to a product

code by analyzing the respective subscriber's household profile for the presence

20    of difference characteristics adding the corresponding weighting factor to the

subscriber's priority when a difference characteristic is present (step 9).

20

10.    A method for selectively distributing commercial messages (38) across a communications network (17) to at least one of a plurality of subscriber terminals (14) in subscriber households (15) having a network address characterised by comprising the steps of:

5              identifying each of a collection of stored commercial messages (38) with a product code representing characteristics of a subscriber household profile common to actual customers of the subject matter of a respective commercial message;

              prioritizing said plurality of subscriber terminals (14) with respect to
10    each product code, based on the conformance of subscriber household profile data (36) for each of said plurality of subscriber terminals (14) to the characteristics represented by each product code; and

              controlling the transmission of a commercial message from collection (38) to said subscriber terminals (14) so that only terminals of a specified
15    priority relative to the product code receive the commercial message identified with the product code.


11.    A method according to claim 10 wherein the specified priority is included in said product code.

20

12.    A method according to claim 11 wherein the step of prioritizing said

21

plurality of subscriber terminals comprises the steps of:

with respect to each product code, comparing profile data representative

of customer households with profile data representative of all households (step

6), producing a weighting factor (step 8) with respect to each difference

5    characteristic related to the frequency of occurrence;

calculating a subscriber's priority (step 9) with respect to the product

code by analyzing the respective subscriber's household profile for the presence

of difference characteristics and adding the corresponding weighting factor to

the subscriber's priority when a difference characteristic is present.

10

13.   A method for selectively distributing messages over a communications

network, said method being use in conjunction with a system including a

source of commercial messages (38), and a controller (10) communicating over

the network with a plurality of subscriber terminals (14) in a plurality of

15   subscriber households (15) served by the communications network (17) and

controlling the transmission of the commercial messages from the source (38)

to the subscriber terminals (14) over the network (17), each of the subscriber

terminals (14) having a network address, said method being characterised by

the step of

20          maintaining a reservoir of data (33, 34, 36) operatively associated with

the controller (10), said reservoir (33, 34, 36) containing network addresses of

22

the subscriber profile data associated with each of the subscriber households
(15) and including demographic data;

selecting at least one of the commercial messages for transmission to at
least one of the subscriber terminals (14) based on the subscriber profile data
5    associated with said at least one subscriber terminal (14); and

identifying the selected at least one commercial message with the
network address of said at least one subscriber terminal (14).


14.    A method according to claim 13 wherein said reservoir of data further
10    comprises target household profile data (36) identifying characteristics of actual
customers of the subject matter of said at least one commercial message, said
method further comprising the step of comparing the subscriber's profile data
and the target profile data (step 9), said selecting step selecting commercials
for transmission to a subscriber terminal (14) in relationship to the comparison
15    between that subscriber's profile data and the target profile data.


15.    A method according to claim 14, further comprising the step of
generating said target household profile data by comparing data representative
of the general population of households and customer household data
20    representative of actual customers of the subject matter of said at least one
commercial message (step 6).



June 6, 2005

Mr. John Carles                    *CONFIDENTIAL: FOR SETTLEMENT PURPOSES ONLY*
VIA E-MAIL

RE: Teleconference call held on May 25, 2005 at 9:30 AM EDT

Dear Jack:

This letter is a follow-up to our conversation held on May 25th, 2005 among you, Dan Wilson, and me at 9:30 AM EDT. During that call you requested that INVIDI provide you with a written summary of our position relative to your intellectual property.

On the call you stated for us that your assertions regarding our intellectual property were based on your review of our website and your belief that INVIDI is in possession of a copy of your business plan.

After listening to our understanding of your two patents (nos. 5,515,098 and 5,661,516) and our description of the INVIDI system, you acknowledged that the two systems are different.

The system covered by the '098 and the '516 patents is a centrally controlled system where commercial messages are modified by adding routing information so that the commercial message is *only* broadcast to a specific home or set of homes *identified in advance* by a system *in the head end or central location.*

In contrast, the INVIDI system has no such central process, and the head end does not know what commercial selections are being made at a set top box. The commercial messages themselves are not modified, and the set top box makes all the decisions about what to show to the end user. Another contrasting point is that the INVIDI system was designed from its inception to be very protective of subscriber information. Beginning with our founding in 2000, and continuing after my hiring in November of 2002, this fundamental design principle has guided the development of the INVIDI system.

As we discussed with you on the telephone, INVIDI uses an approach where each set top box does the following on an ongoing basis: (i) identifies the characteristics of its viewer(s), (ii) casts votes on which commercials its viewer(s) might like to see from a list of available commercials, and then (iii) selects from among the top vote-getter commercials which commercial to actually display to the current viewer for that particular set top box at a particular channel break..

To sum up, the system of the '098 and '516 patents is a head-end-directed system where a custom broadcast is generated and sent to a specific set top box address as determined by a classification scheme that is developed by a centrally located process. Commercials are

**INVIDI** TECHNOLOGIES CORPORATION
750 College Road East • Suite 175 • Princeton, New Jersey 08540-6617 • 609.759.3580 • www.invidi.com



Confidential - Outside Counsel Only                                    CARLES0000505

modified to contain the routing information for the box or set of boxes that should receive the commercial. But unlike this head-end-directed process, the INVIDI system involves a set-top-box-directed process. The head end in the INVIDI system does not know what selections are being made by the set top box. It is the set top box that makes the decisions about what to show to the viewer.

I hope you find this description and overview of our conversation helpful in re-affirming your conclusion that our technologies are different enough for there to be no dispute between us. INVIDI is simply not violating any of your intellectual property rights, and INVIDI's business course was decided and has been conducted without access to the business plan mentioned in our phone conversation. If you have additional issues that you think we should consider, please let me. We appreciate your taking the time to meet with us, and we assume that this matter has come to a satisfactory close.


Best regards,



Bruce Anderson
Chief Operating Officer and Chief Technology Officer

INVIDI TECHNOLOGIES CORPORATION
750 College Road East • Suite 175 • Princeton, New Jersey 08540-6617 • 609.759.3580 • www.invidi.com

Confidential - Outside Counsel Only

CARLES0000506


**Society of Cable Telecommunications Engineers**

---

# ENGINEERING COMMITTEE
## Digital Video Subcommittee

---

### AMERICAN NATIONAL STANDARD

### ANSI/SCTE 40 2004

## Digital Cable Network Interface Standard

VISIBLE 00036105

# NOTICE

The Society of Cable Telecommunications Engineers (SCTE) Standards are intended to serve the public interest by providing specifications, test methods and procedures that promote uniformity of product, interchangeability and ultimately the long term reliability of broadband communications facilities. These documents shall not in any way preclude any member or non-member of SCTE from manufacturing or selling products not conforming to such documents, nor shall the existence of such standards preclude their voluntary use by those other than SCTE members, whether used domestically or internationally.

SCTE assumes no obligations or liability whatsoever to any party who may adopt the Standards. Such adopting party assumes all risks associated with adoption of these Standards, and accepts full responsibility for any damage and/or claims arising from the adoption of such Standards.

Attention is called to the possibility that implementation of this standard may require the use of subject matter covered by patent rights. By publication of this standard, no position is taken with respect to the existence or validity of any patent rights in connection therewith. SCTE shall not be responsible for identifying patents for which a license may be required or for conducting inquiries into the legal validity or scope of those patents that are brought to its attention.

Patent holders who believe that they hold patents which are essential to the implementation of this standard have been requested to provide information about those patents and any related licensing terms and conditions. Any such declarations made before or after publication of this document are available on the SCTE web site at http://www.scte.org.

All Rights Reserved

© Society of Cable Telecommunications Engineers, Inc. 2004
140 Philips Road
Exton, PA  19341

VISIBLE 00036106

# TABLE OF CONTENTS

1.0     Scope.................................................................................................................1

2.0     DEFINITIONS and Acronyms ...........................................................................2

2.1     Definitions................................................................................................2
2.2     Glossary ..................................................................................................2

3.0     Normative references........................................................................................8

3.1     SCTE References........................................................................................8
3.2     Standards from other Organizations .............................................................8

4.0     Informative References .....................................................................................9

4.1     SCTE References........................................................................................9

5.0     Reference acquisiton........................................................................................10

6.0     PHYSICAL lAYER Characteristics ...............................................................11

6.1     RF Interface ............................................................................................11
        6.1.1   Maximum Individual Carrier Amplitude ...........................................11
6.2     Frequency Plan ........................................................................................11
6.3     Communications Channels ........................................................................11
        6.3.1   Forward Application Transport (FAT) Channels ................................12
        6.3.2   NTSC Analog Channels.................................................................13
        6.3.3   Out-Of-Band Forward Data Channels (FDC)....................................13
        6.3.4   Out-Of-Band Reverse Data Channels (RDC) ...................................14
6.4     Downstream Transmission Characteristics...................................................15
        6.4.1   RF Signal Levels and Adjacent Channel Characteristics ....................18
6.5     Upstream Transmission Characteristics .......................................................20

7.0     Transport Layer Protocols...............................................................................20

7.1     Forward Application Transport (FAT) Channels............................................20
7.2     Out-of-Band Forward Data Channels (FDC) ...............................................21
7.3     Out-of-Band Reverse Data Channels (RDC).................................................22

8.0     Services and Related Protocol Stacks ..............................................................22

8.1     Audio-Visual Services.................................................................................23

ii

VISIBLE 00036107

*8.2*    *Data Services* ........................................................................................ *24*

*8.3*    *In-Band Service/System Information* ..................................................... *24*

*8.4*    *In-Band Entitlement Control Messages* ................................................. *24*

*8.5*    *Out-of-Band Service/System Information* ............................................. *25*

*8.6*    *Out-of-Band Entitlement Management Messages* ................................. *26*

*8.7*    *Emergency Alert System (EAS)* ............................................................ *26*

*8.8*    *Closed Caption* ...................................................................................... *27*
    8.8.1    Analog Television Programs ...................................................... 27
    8.8.2    Digital Television Programs ....................................................... 27

*8.9*    *Digital Television (DTV) Content Advisory Information* ...................... *27*

iii

VISIBLE 00036108

## LIST OF FIGURES

**Figure 1  Cable Network Interface**.................................................................................... 2
**Figure 2  Cable Services and Interface** ............................................................................ 12
**Figure 3  FAT Channel Physical Layer Protocol**............................................................ 13
**Figure 4  Out-of-band Forward Data Channel Lower Layer Protocols**........................ 14
**Figure 5  Out-of-band Reverse Data Channel Lower Layer Protocols** ........................ 15
**Figure 6  FAT Channel Transport Layer Protocol**......................................................... 21
**Figure 7  Interrelation of Service Channels, Logic Interfaces and Applications for Scrambled Programming**....................................................................................... 22
**Figure 8  Interrelation of Service Channels, Logic Interfaces and Applications for Unscrambled Programming**.................................................................................. 23
**Figure 9  Modified Protocol Stack for Audio-Visual Services**................................... 24
**Figure 10  Layout of In-Band System Information** ....................................................... 24
**Figure 11  Deleted** .............................................................................................................. 25
**Figure 12  Protocol Stack for Out-of-Band Service/System Information** ................ 25
**Figure 13  Protocol Stack for Out-of-Band EMMs** ...................................................... 26
**Figure 14  Protocol Stack for Inband EAS**.................................................................... 27

## LIST OF TABLES

**Table A.  Digital Cable Network Frequency Bands**..................................................... 12
**Table B.  Analog and FAT Channel: RF Transmission Characteristics** ................... 16
**Table C.  FDC Channel: RF Transmission Characteristics** ........................................ 18
**Table D.  Nominal Relative Carrier Power Levels** ..................................................... 19
**Table E.  Adjacent Channel Characteristics**................................................................ 19
**Table F.  RDC Channel: RF Transmission Characteristics** ...................................... 20

iv

VISIBLE 00036109

# Digital Cable Network Interface Standard

## 1.0   SCOPE

This standard defines the characteristics and normative specifications for the network interface between a cable television plant and commercially available consumer equipment that is used to access multi-channel television programming. The interface is also compatible with existing set-top terminal equipment owned by cable operators and with terminal equipment developed via the OpenCable™ specification process (see www.opencable.com). In this standard the Cable Network Interface is defined as the interface between the cable drop and the input terminals of the first device located on the subscriber's premises regardless of whether that device is owned by the subscriber or the cable operator. A coaxial-based broadband access network is assumed. This may take the form of either an all-coax or hybrid-fiber/coax (HFC) network. The generic term "cable network" is used here to cover all cases. Cable networks typically use a shared-medium, tree-and-branch architecture with analog and/or digital transmission. The key functional characteristics assumed in this document are the following:

- Two-way transmission.

- The maximum optical/electrical spacing between the cable headend and the most distant deployed terminal equipment is 100 miles, although typical maximum separation may be 10-15 miles.

- A maximum differential optical/electrical spacing between the cable headend and the closest and most distant deployed terminal equipment is 100 miles, although this would typically be limited to 15 miles.

The cable network provides services utilizing 6-MHz in-band channel(s), out-of-band forward data channel(s), and out-of-band reverse data channel(s). The 6-MHz in-band channels are used to transport digital services as well as analog services. These services may be either in the clear or scrambled.

A typical channel plan for a cable network places analog services (NTSC AM-VSB channels) in the 54 to 450/550 MHz range; and digital services (QAM MPEG-2 multiplex channels) in the 450/550 to 864 MHz range *(Note 1)*. These channels shall all comply with the EIA/CEA-542-A channel-tuning plan. However, the frequency location may change over time such that analog and digital channels may be located anywhere in the downstream operating range.

*Note:*
*1.  Nothing in this standard precludes the use of other modulation modes.*

VISIBLE 00036110



**Figure 1  Cable Network Interface**

## 2.0   DEFINITIONS AND ACRONYMS

### 2.1   Definitions

As used in this document, *"shall"* or *"will"* denotes a mandatory provision of the standard. *"Should"* denotes a provision that is recommended but not mandatory. *"May"* denotes a feature whose presence does not preclude compliance that may or may not be present at the option of the implementer.

### 2.2   Glossary

| | |
|---|---|
| **AAL5** | ATM Adaptation Layer 5 |
| **AC-3** | Audio Code 3 – A Dolby digital audio encoding scheme. The audio encoding format adopted by the ATSC. |
| **AM** | Amplitude Modulation |
| **AM-VSB** | Amplitude Modulation – Vestigial Sideband - used to broadcast analog NTSC video signals. |
| **Application** | Software function |
| **ATM** | Asynchronous Transfer Mode - A switching and transport protocol that allows data, voice, and video to be carried over a single physical network.  ATM is ideal for interactive applications that require dynamic routing and resource allocation. |
| **ATSC** | Advanced Television Systems Committee |

2

VISIBLE 00036111

| | |
|---|---|
| **BER** | Bit Error Rate - The number of erroneous bits divided by the total number of bits over a stipulated period of time. Usually expressed as a number and a power of 10. |
| **Bit** | An indivisible unit of digital data represented as 1 or 0. |
| **bps** | Bits per second |
| **Broadcast** | A service that is delivered to all subscribers. Each subscriber may select a particular broadcast channel out of many. |
| **Byte** | An octet of associated bits |
| **Cable** | Cable Television Systems |
| **Carrier** | An RF signal used to carry information (video, audio, data) by some modulation scheme. |
| **CAT** | Conditional Access Table |
| **CFI** | Call For Information |
| **CFR** | Code of Federal Regulations |
| **Closed Captioning** | A textual description of dialog in a video program, this information is carried in Line 21 of the NTSC signal. |
| **Coax** | Coaxial Cable |
| **Complete Main** | A complete audio program (dialogue, music and effects) |
| **Composite video** | A baseband representation of a video signal containing luminance and chrominance information. |
| **Conditional Access System** | A system that controls and permits access to video, audio, and data that is being transmitted. |
| **Content Advisory Descriptor** | A defined method for describing the contents of a program based on a number of rating scales. |
| **C/N** | Carrier to Noise Ratio |
| **CTB** | Composite Triple Beat – a third order distortion caused by mixing three carriers (A+B-C) that falls on the fundamental of a carrier. |
| **CSO** | Composite Second Order – The sum effect of all second order distortion products. |
| **CVCT** | Cable-Virtual Channel Table: Digital Program Naming and Navigation information in a cable specific format. |
| **dB** | Decibel - A logarithmic value of a ratio |
| **dBc** | Decibels relative to carrier amplitude |
| **dBm** | Decibels relative to one milliwatt |

3

VISIBLE 00036112

| | |
|---|---|
| **dBmV** | Decibels relative to one millivolt across a given impedance (75 ohms in North American cable systems) |
| **Downstream** | Transmission from Headend to terminal device |
| **DSM-CC** | Digital Storage Media-Command and Control (ISO/IEC 13818-6) |
| **DTV** | Digital Television – A general term for the digital coding and transmission of an Audio / Video Program. |
| **DTVCC** | Digital Television Closed Captioning |
| **DVS** | Digital Video Subcommittee |
| **EAS** | Emergency Alert System |
| **ECM** | Entitlement Control Message – Private Conditional Access information that specifies control words and possibly other stream-specific, scrambling, and/or control parameters. |
| **EIA** | Electronic Industries Alliance |
| **EIT** | Event Information Table |
| **EMM** | Entitlement Management Message – Private Conditional Access information that specifies the authorization level or services of specific decoders. |
| **ES** | Elementary Stream – A generic term for a stream of data of one particular type. Typically these streams are of Video or Audio Types. |
| **ETT** | Extended Text Table |
| **FAT** | (Forward Application Transport) Channel - A data channel carried from the headend to the terminal device in a modulated channel at a rate of 27 or 36 Mbps.  MPEG-2 transport is used to multiplex video, audio, and data into the FAT channel. The FAT Channel is also considered the "In-band" channel . The FAT channel is used for: |

- MPEG-2 compressed video and audio
- Application download
- Variable Bit rate (VBR) application download
- Entitlement control messages
- Broadcast data

| | |
|---|---|
| **FCC** | Federal Communications Commission. |

4

VISIBLE 00036113

| **FDC** | Forward Data Channel - A data channel carried from the headend to the terminal device in a modulated channel at a rate of 1.544 to 3.088 Mbps.  The FDC carries IP traffic only for: |
|---|---|

- Conditional access for analog signals
- Entitlement management messages for digital signals
- General messaging
- Application download
- PC data services
- Variable bit rate (VBR) download
- Broadcast data
- Network management

| **Headend** | The control center of a cable television system, where incoming signals are amplified, converted, processed, and combined into a common cable, along with any locally originated programming, for transmission to subscribers. |
|---|---|
| **HFC** | Hybrid Fiber Coax - A cable network featuring optical fiber from a headend location to a neighborhood node, and coaxial cable from the node to individual homes. |
| **Host** | The part of a generic terminal device that does not contain the network specific characteristics. |
| **HRC** | Harmonically Related Carrier |
| **ID** | Identifier |
| **IF** | Intermediate Frequency. A signal processing stage between RF and baseband. |
| **Interleaving** | A communications technique for spreading associated bytes over a longer period of time to reduce the effects of burst noise. |
| **IP** | The network layer (layer 3) of the OSI Internet protocol, providing connectionless datagram service. |
| **IRC** | Incrementally Related Carrier |
| **ITU** | International Telecommunications Union |
| **kbps** | Kilobits per second- bits per second in thousands |
| **kHz** | Kilohertz - Cycles per second, in thousands |
| **MAC** | Media Access Control |
| **Mbps** | Megabits per second- bits per second in Millions |
| **MGT** | Master Guide Table |
| **MHz** | Megahertz - Cycles per second, in Millions |

5

VISIBLE 00036114

| | |
|---|---|
| **MPEG** | Moving Picture Experts Group - An international standards-setting group, working to develop standards for compressed full-motion video, audio, and other associated information. |
| **MPEG-2** | Refers to multiple parts of the ISO/IEC 13818 standard |
| **mV** | Millivolt - Thousandths of a Volt |
| **Noise** | An undesired or unintended element of a signal. |
| **NTSC** | National Television Systems Committee – Refers to the Analog Color Television Standard as used in North America |
| **OOB** | Out-of-Band – Outside of the programming channels band.  The OOB channels provide communication channels between the network and the terminal. |
| **Passband** | The part of a signal spectrum not to be attenuated by a filtering function. |
| **PAT** | Program Association Table |
| **PES** | Packetized Elementary Stream |
| **PHY** | Physical Layer |
| **PID** | Packet Identifier – A unique integer value used to identify the contents of an MPEG-2 Transport Stream packet. |
| **PMT** | Program Map Table |
| **POD / POD Module** | Point of Deployment Module - A module to be provided by the MSO that contains all of the network specific characteristics for a terminal device. |
| **PSI** | Program Specific Information – Normative data that is necessary for the demultiplexing of transport streams and the regeneration of programs. |
| **PSIP** | Program and System Information Protocol – A method of describing Naming and Navigation data for a multi program transport stream as defined in ATSC A/65A. |
| **QAM** | Quadrature Amplitude Modulation – A signaling modulation scheme, defined in ITU-T J.83B that combines phase and amplitude modulation. |
| **QPSK** | Quadrature Phase Shift Keying - A signaling and modulation scheme in which an RF carrier is phase shifted to signal digital data. |
| **Randomization** | A coding method that decreases the chance of a DC offset being applied to the RF signal. |

6

VISIBLE 00036115

| | |
|---|---|
| **RDC** | Reverse Data Channel - A data channel transmitted from the terminal device to the headend in a modulated channel at a rate of 0.256 to 3.088 Mbps. The RDC carries IP traffic only for: |

- Messaging
- Personal computer data services
- Network management

| | |
|---|---|
| **Reed Solomon** | A coding method that adds check bytes to a data packet thereby providing a forward error correction capability. |
| **RF** | Radio Frequency – Used to describe the part of the electromagnetic frequency spectrum that is used to transmit video, audio, and data over the air or via coaxial cable. |
| **RRT** | Rating Region Table |
| **SCTE** | Society of Cable Telecommunications Engineers |
| **SI** | System and Service Information |
| **SMPTE** | Society of Motion Picture and Television Engineers – A Standards Organization devoted to advancing theory and application in motion imaging, including film, television, video, computer imaging, and telecommunications. |
| **STT** | System Time Table |
| **TS** | Transport Stream – An MPEG-2 Transport Stream as described in ISO/IEC 13818-1 |
| **TV** | Television |
| **TVCT** | Terrestrial Virtual Channel Table |
| **Upstream** | Transmission from terminal device to Headend |
| **V** | Volt – Unit of Electrical Potential |
| **VBI** | Vertical Blanking Interval - In analog video, the interval after the last displayed line of video in a field and before the first displayed line of video in the next field, during which a television receiver will synchronize vertically. |
| **VCT** | Virtual Channel Table |
| **256 QAM** | Quadrature Amplitude Modulation with 256 constellation points |
| **64 QAM** | Quadrature Amplitude Modulation with 64 constellation points |

7

VISIBLE 00036116

## 3.0   NORMATIVE REFERENCES

The following documents contain provisions, which, through reference in this text, constitute provisions of this standard. At the time of publication, the editions indicated were valid. All standards are subject to revision, and parties to agreement based on this standard are encouraged to investigate the possibility of applying the most recent editions of the documents listed below.

### 3.1   SCTE References

ANSI/SCTE 01 1996 (formerly IPS SP 400):  "F" Port (Female Outdoor) Physical Dimensions

ANSI/SCTE 07 2000 (formerly DVS 031):  Digital Video Transmission Standard for Cable Television

ANSI/SCTE 20 2001 (formerly DVS 157):  Standard Methods for Carriage of Closed Captions and non-Real Time Sampled Video

ANSI/SCTE 21 2001 (formerly DVS 053):  Standard for Carriage of NTSC VBI Data in Cable Digital Transport Stream

ANSI/SCTE 43 2003 (formerly DVS 258):  Digital Video Systems Characteristics Standard for Cable Television

ANSI/SCTE 54 2003 (formerly DVS 241):  Digital Video Service Multiplex and Transport System Standard for Cable Television

ANSI/SCTE 55-1 2002 (formerly DVS 178):  Digital Broadband Delivery System: Out-of-band Transport – Mode A

ANSI/SCTE 55-2 2002 (formerly DVS 167): Digital Broadband Delivery System: Out-of-band Transport – Mode B

ANSI/SCTE 65 2002 (formerly DVS 234):  Service Information Delivered Out-of-Band for Digital Cable Television

SCTE 18 2001 (formerly DVS 208): Emergency Alert Message for Cable

### 3.2   Standards from other Organizations

ATSC A/52A: ATSC Digital Audio Standard (AC-3), Revision A, August 20, 2001.

ATSC A/53B:  ATSC Digital Television Standard, Revision B

ATSC A/65A: ATSC Program and System Information Protocol for Terrestrial Broadcast and Cable

VISIBLE 00036117

EIA-23:  RF Interface Specification for Television Receiving Devices and Cable Television Systems

EIA/CEA-542-A:  Cable Television Channel Identification plan

EIA/CEA-608-B: Line 21 Data Services

EIA-708-B:  Digital Television (DTV) Closed Captioning

EIA/CEA-766-A:  U.S. and Canadian Region Rating Table (RRT) and Content Advisory Descriptor for Transport of Content Advisory Information Using ATSC A/65, A66 and A67 Program and System Information Protocol (PSIP)

ISO/IEC 13818-1:2000:  Information technology -- Generic coding of moving pictures and associated audio information: Systems *(MPEG-2 Systems)*

ISO/IEC 13818-2:2000:  Information technology -- Generic coding of moving pictures and associated audio information: Video, *(MPEG-2 Video)*

ISO/IEC 13818-2:2000/Cor.1:2002:  Technical Corrigendum 1

ISO/IEC 13818-6:1998:  Information technology -- Generic coding of moving pictures and associated audio information -- Part 6: Extensions for DSM-CC (MPEG-2 Digital Storage Media-Commend and Control)

ITU-T J.83B (04/97):  Digital multi-programme systems for television, sound and data services for cable distribution

## 4.0   INFORMATIVE REFERENCES

The following documents may provide valuable information to the reader but are not required when complying with this standard.

4.1   SCTE References

SCTE DVS/110: Response to SCTE DVS CFI Cable Headend and Distribution Systems (Informative)

SCTE DVS/111 (rev.1): Digital Headend and Distribution CFI Phase 1.0 System Description (Informative)

VISIBLE 00036118

## 5.0   REFERENCE ACQUISITON

SCTE Standards:

Society of Cable Telecommunications Engineers Inc., 140 Philips Road, Exton, PA 19341
Phone: 1-800-542-5040, Fax: 610-363-5898  Internet http://www.scte.org;
email: standards@scte.org

EIA Standards:

Global Engineering Documents, World Headquarters, 15 Inverness Way East, Englewood,
CO USA 80112-5776; Phone 800-854-7179; Fax 303-397-2740; Internet
http://global.ihs.com; email global@ihs.com

ANSI/EIA Standards:

American National Standards Institute, Customer Service, 11 West 42nd Street, New York
NY 10036;  Phone 212-642 4900; Fax 212-302-1286; email: sales@ansi.org;  Internet:
http://www.ansi.org

FCC Documents:

ITS, Inc. 1231 20th Street, N.W. Washington, DC 20036; Phone 202 857 3800 Fax 202
857 3814; Internet: http://www.itsdocs.com/; email: service@itsdocs.com

ATSC Standards:

Advanced Television Systems Committee (ATSC), 1750 K Street NW, Suite 1200,
Washington, DC  20006; Phone 202-828-3130; Fax 202-828-3131; Internet
http://www.atsc.org.

ISO/IEC Standards:

Global Engineering Documents, World Headquarters, 15 Inverness Way East, Englewood,
CO. USA 80112-5776; Phone 800-854-7179; Fax 303-397-2740; Internet
http://global.ihs.com; email global@ihs.com.

ITU Standards:

ITU Sales and Marketing Service, International Telecommunication Union, Place des
Nations CH-1211, Geneva 20, Switzerland; Phone +41 22 730 6141; Fax +41 22 730
5194; Internet http://www.itu.int; email sales@itu.int

OpenCable Specifications:

Cable Television Laboratories, Inc., 400 Centennial Parkway, Louisville, CO 80027;
Phone 303-661-9100; Fax 303-661-9199; Internet: http://www.opencable.com/
email: opencable@cablelabs.com

10

VISIBLE 00036119

## 6.0   PHYSICAL LAYER CHARACTERISTICS

### 6.1   RF Interface

The mechanical and electrical interface between the cable TV system and the terminal device shall be as defined in EIA-23 section 3, with the additional requirements specified below in sections 6.1.1 – 6.5.

#### 6.1.1   Maximum Individual Carrier Amplitude

The maximum rms value of any individual received signal whose frequency is between 0.5 MHz and 30 MHz shall not exceed –7 dBm (+42 dBmV across 75 ohms) measured at the input to the terminal device.  The maximum rms value of any individual signal whose frequency exceeds 54 MHz shall be less than 10 mV across a 75 ohm terminating impedance (+20 dBmV) measured at the input to the terminal device.

### 6.2   Frequency Plan

In the downstream direction, for the delivery of analog and digital services to terminal devices directly connected to the cable system, the cable system shall have a passband with a lower edge of 54 MHz *(Note 2)* and an upper edge that is local system-dependent but is typically in the range of 300 to 864 MHz.  Within that passband, NTSC analog television signals and Forward Application Transport channels in 6-MHz channels may be present and shall adhere to the standard, HRC or IRC frequency plans of EIA/CEA-542-A. Forward Data Channels may be present in the 70-130 MHz range.

The cable network may support any portion or all of the 5-42 MHz passband in the upstream direction. Reverse Data Channels may be present anywhere within the network-supported passband.

*Note:*
2.   *54 MHz is a nominal value and the actual lower edge may be lower due to offsets, for example 53.75 MHz would be used in the case of an HRC system.*

### 6.3   Communications Channels

The Cable Interface-Network shall have the following communications channels:

1.   Forward Application Transport (FAT) channels, which carry digital information via MPEG-2 Transport Streams.

2.   NTSC Analog channels with Vertical Blanking Interval (VBI) signals for closed captioning, as may be required.

3.   Forward Data Channels (FDC).

4.   Reverse Data Channels (RDC).

11

VISIBLE 00036120

The FDC and RDC are referred to as *out-of-band* (OOB) channels. Frequency bands for each channel are given in Table A below.

| Table A.  Digital Cable Network Frequency Bands | |
|---|---|
| FAT channels and NTSC Analog channels | 54 to 864 MHz |
| OOB FDCs | 70 to 130 MHz |
| OOB RDCs | 5 to 42 MHz *(Note 3)* |

*Note:*

3.  *The cable network may support any portion or all of the 5-42 MHz passband in the upstream direction. Reverse Data Channels (RDCs) may be present anywhere within the network-supported passband.*



**Figure 2  Cable Services and Interface**

6.3.1   Forward Application Transport (FAT) Channels

The forward application transport channels shall be Quadrature Amplitude Modulation (QAM) channels that comply with ITU J83.B / ANSI/SCTE 07 2000 (formerly DVS 031). Either 64 QAM or 256 QAM may be used to transport approximately 27 or 39 megabits/second, respectively. FAT channels may be located anywhere in the 54 to 864 MHz range. The physical layer protocol for FAT channels is shown in Figure 3.

| *Higher Layers* | |
|---|---|
| MPEG-2 TS | |
| Reed Solomon Coding | |

12

VISIBLE 00036121



**Figure 3  FAT Channel Physical Layer Protocol**

6.3.2   NTSC Analog Channels

The analog channels shall be NTSC RF AM-VSB modulated signals in accordance with current cable-system practice and applicable FCC rules.  NTSC Analog channels may be located anywhere in the 54 to 864 MHz range.

6.3.2.1     Vertical Blanking Interval

The Vertical Blanking Interval (VBI) of an analog television signal may contain data on line 21.  During this period, the headend may insert VBI data signals on VBI line 21 for closed captioning.  VBI data may be inserted within field 1, field 2, or both, on any analog channel operating in the 54 to 864 MHz range.  The VBI signals shall conform to FCC part 15.119 and EIA/CEA-608-B. The VBI waveform shall conform to Figure 17 of section 73.699 of the FCC Rules.

6.3.3   Out-Of-Band Forward Data Channels (FDC)

The forward data channels shall be QPSK-modulated channels having the characteristics shown in Table C in section 6.4 below.  The FDCs may be located anywhere in the 70 to 130 MHz range as defined in Table C, and are spaced between the 6-MHz NTSC Analog and/or FAT channels.

The two alternatives for out-of-band FDCs are defined in ANSI/SCTE 55-2 2002 (formerly DVS 167) and ANSI/SCTE 55-1 2002 (formerly DVS 178).  The FDCs specified by ANSI/SCTE 55-2 2002 (formerly DVS 167) support data rates of 1.544 and 3.088 Mbps.  The FDCs specified in ANSI/SCTE 55-1 2002 (formerly DVS 178) support a data rate of 2.048 Mbps.  Figure 4 shows the lower layer protocol stacks for the out-of-band FDCs.  It should be noted that in ANSI/SCTE 55-2 2002 (formerly DVS 167), time critical aspects of the Media Access Control (MAC) protocol sub-layer are implemented in the SL-ESF Frame Payload Structure.  The remainder of the MAC sub-layer is implemented via the MAC message in the Payload.

13

VISIBLE 00036122

| ANSI/SCTE 55-2 2002 (formerly DVS 167) | ANSI/SCTE 55-1 2002 (formerly DVS 178) | |
|---|---|---|
| *Payload* | *Payload* | |
| ATM Cell Format | Data Link Layer | |
| Link/Physical Layer:<br>– Reed-Solomon<br><br>– Interleaving<br><br>– SL-ESF Frame Payload Structure<br><br>– SL-ESF Format<br>– Randomizer<br><br>– QPSK/differential coding | MAC Sublayer<br><br>– MAC Packet<br>– MPEG-2 TS<br><br>Physical Layer:<br><br>– Randomizer<br>– Reed-Solomon<br><br>– Interleaving<br><br>– QPSK/differential coding | OOB FDC<br><br>Lower Layer Protocols |

**Figure 4  Out-of-band Forward Data Channel Lower Layer Protocols**

6.3.4   Out-Of-Band Reverse Data Channels (RDC)

The reverse data channels shall be QPSK-modulated channels having the characteristics shown in Table F in section 6.5 below.  The RDCs may be present anywhere within the network-supported passband as defined in Table F.  There are two alternatives for the out-of-band RDCs defined in ANSI/SCTE 55-2 2002 (formerly DVS 167) and ANSI/SCTE 55-1 2002 (formerly DVS 178).  Figure 5 shows the lower layer protocol stacks for the out-of-band RDC's.

14

VISIBLE 00036123

| ANSI/SCTE 55-2 2002 (formerly DVS 167) | ANSI/SCTE 55-1 2002 (formerly DVS 178) | |
|---|---|---|
| *Payload* | *Payload* | |
| Data link Layer/AAL5 | Data link Layer/AAL5 | |
| MAC Sublayer<br><br>– MAC Signaling Message<br><br>– ATM Cell Format | MAC Sublayer:<br>– MAC Packet sublayer<br><br>– ATM Cell Format | OOB RDC<br><br>Lower Layer<br><br>Protocols |
| Physical Layer:<br><br>– Reed-Solomon<br><br>– Randomizer<br><br>– Burst QPSK/<br><br>– differential coding | Physical Layer<br><br>– Randomizer<br><br>– Reed-Solomon<br><br>– Burst QPSK/<br><br>– differential coding | |

**Figure 5  Out-of-band Reverse Data Channel Lower Layer Protocols**

For complete information on FDCs and RDCs, see ANSI/SCTE 55-2 2002 (formerly DVS 167) and ANSI/SCTE 55-1 2002 (formerly DVS 178).

6.4   Downstream Transmission Characteristics

The Downstream Transmission Characteristics are contained in Table B.  Analog and FAT Channel: RF Transmission Characteristics and Table C.  FDC Channel: RF Transmission Characteristics as provided below.  Analog and FAT signals shall meet the characteristics specified in Table B when measured on the subscriber's premises at the end of a properly terminated drop cable and OOB FDC signals shall meet the characteristics specified in Table C when measured on the subscriber's premises at the end of a properly terminated drop cable.

15

JA-87

VISIBLE 00036124

| Table B.  Analog and FAT Channel: RF Transmission Characteristics | | |
|---|---|---|
| 1. | RF Channel Spacing | 6 MHz |
| 2. | RF Frequency Range | 54 MHz to 864 MHz<br>IRC/HRC/Standard Channel Plans. |
| 3. | Transit delay from headend to most distant customer | $\leq$ 0.800 msec (typically much less) |
| 4. | Carrier-to-noise ratio, C/(N+I), in a 6-MHz band where C/(N+I) includes the simultaneous presence of all additive impairments in the 6-MHz channel bandwidth including CTB, CSO, other discrete interference.<br><br>C/N (analog channels) | Not less than<br>27 dB for 64 QAM;<br>33 dB for 256 QAM;<br><br><br>43 dB for AM-VSB analog |
| 5. | CTB | Not worse than -53 dBc referenced to inband carrier levels for analog channels. *(Note 4)* |
| 6. | CSO | Not worse than -53 dBc referenced to inband carrier levels for analog channels. *(Note 4)* |
| 7. | Carrier-to-any other discrete interference (ingress) | Not worse than -53 dBc *(Note 4)* |
| 8. | AM Hum Modulation | Not greater than 3% p-p |
| 9. | Group Delay Variation | $\leq$ 0.25 µsec/MHz across the 6-MHz channel |
| 10. | Chroma / Luma Delay | $\leq$ 170 ns (AM-VSB analog) |
| 11. | Phase Noise | $\leq$ -88 dBc/Hz @ 10 kHz offset (relative to the center of QAM signal spectrum) |
| 12. | Maximum amplitude variation across the 6-MHz channel (digital channels)<br>Maximum amplitude variation across the 6-MHz channel (analog channels) | $\leq$ 5 dB p-p<br><br>4 dB p-p |

16

VISIBLE 00036125

| 13. | Micro-reflections bound for dominant echo | -10 dB at $\leq$ 0.5 $\mu$s<br>-15 dB at $\leq$ 1.0 $\mu$s<br>-20 dB at $\leq$ 1.5 $\mu$s<br>-30 dB at $\leq$ 4.5 $\mu$s |
| --- | --- | --- |
| | | Micro-reflections longer than 4.5 microseconds rarely occur in conventional cable television systems. Moreover very low-level micro-reflections (e.g., -40dB) longer than 4.5 microseconds may not be measured reliably. Therefore, micro-reflections longer than 4.5 microseconds shall be considered under item 4 (of this table) as a contributor to C/(N+I) |
| 14. | Burst Noise *(Note 5)* | Not longer than 25 $\mu$s at 10-Hz repetition rate |
| 15. | Carrier level at the terminal input<br><br>*(Note 6)* | 64 QAM:  -15 dBmV to + 15 dBmV<br><br>256 QAM: -12 dBmV to +15 dBmV<br><br>Analog Visual Carrier (c):<br>0 dBmV to +15 dBmV<br><br>Analog Aural Carrier:<br>-10 dBc to -17 dBc |

*Notes:*
4.  *For digital channels, CTB, CSO and other discrete interference are included in the overall C/(N+I) parameter in Table B.4.*
5.  *Burst noise is statistical in nature and a reference level should be defined. Studies on this are continuing.*
6.  *See section 6.4.1 for the allowable variation in level between adjacent channels.*

17

VISIBLE 00036126

| Table C.  FDC Channel: RF Transmission Characteristics | | |
|---|---|---|
| 1. | Transmission Rate | 1.544/3.088 Mbps, ANSI/SCTE 55-2 2002 (formerly DVS 167) |
| | | 2.048 Mbps, ANSI/SCTE 55-1 2002 (formerly DVS 178) |
| 2. | RF Channel Spacing | 1.0/2.0 MHz,) ANSI/SCTE 55-2 2002 (formerly DVS 167) |
| | | 1.8 MHz,  ANSI/SCTE 55-1 2002 (formerly DVS 178) |
| 3. | RF Frequency Range | 70 MHz to 130 MHz |
| 4. | Nominal carrier frequency | Any integer multiple of 250 kHz between the minimum and maximum carrier frequencies, inclusive of the specified fixed frequency of 104.200 MHz. |
| 5. | Minimum Carrier Level at terminal input | -15 dBmV RMS  *(Note 7)* |
| 6. | Maximum Carrier Level at terminal input | +15 dBmV RMS  *(Note 7)* |
| 7. | C/(N+I) in Nyquist bandwidth | $\geq$ 20 dB |
| 8. | Group Delay flatness in channel, measured over Nyquist bandwidth | 200 ns max |

*Note:*

7.  *See section  6.4.1 for the allowable variation in level between adjacent channels.*

## 6.4.1   RF Signal Levels and Adjacent Channel Characteristics

### 6.4.1.1     RF Signal Levels

The visual signal level of an analog signal shall be within ± 3 dB of the visual signal level of any adjacent analog channel (within a 6-MHz nominal frequency separation) as specified in FCC part 76.605.  To determine the adjacent channel characteristics between digital and analog signals, the following information is provided.  The nominal relative carrier power levels for analog and digital signals are given in Table D.  Nominal Relative Carrier Power Levels below.

| Table D.  Nominal Relative Carrier Power Levels | |
|---|---|
| Analog channel | 0 dBc  (reference level) |
| 256 QAM FAT | -5 + 2 dBc |
| QPSK FDC | -8 ± 5 dBc |
| 64 QAM FAT | -10 ± 2 dBc |

The average signal power of a digital signal shall be within ± 6 dB of its nominal level.  It should be noted that the nominal carrier power levels provided above shall

18

VISIBLE 00036127

fall within the absolute power range for digital signals (see Table B.15 for QAM FAT and Table C.5-C.6 for QPSK FDC).  The analog signal power is measured as the Peak Envelope Power (PEP), which is the carrier power measured during the horizontal sync interval.  The digital signal power is measured as the average signal power.

### 6.4.1.2     Adjacent Channel Characteristics

The worst-case Adjacent Channel performance shall be characterized according to the Table E.  Adjacent Channel Characteristics, as provided below.

| | Desired (D) Channel Modulation | Undesired (U) Adjacent Channel Modulation | Worst Case D/U Ratio* |
|---|---|---|---|
| | | **Table E.  Adjacent Channel Characteristics** | |
| 1 | Analog NTSC | 64 QAM | -1 dB |
| 2 | Analog NTSC | 256 QAM | -6 dB |
| 3 | Analog NTSC | QPSK FDC | -6 dB |
| 4 | 64 QAM | Analog NTSC | -21 dB |
| 5 | 64 QAM | 256 QAM | -21 dB |
| 6 | 64 QAM | QPSK FDC | -21 dB |
| 7 | 256 QAM | Analog NTSC | -16 dB |
| 8 | 256 QAM | 64 QAM | -11 dB |
| 9 | 256 QAM | QPSK FDC | -16 dB |
| 10 | QPSK FDC | Analog NTSC | -22 dB |
| 11 | QPSK FDC | 64 QAM | -17 dB |
| 12 | QPSK FDC | 256 QAM | -22 dB |

*\* Independent of the D/U ratios, the C/(N+I) and the absolute signal levels shall meet the requirements for those parameters as described elsewhere in the specification.*

To understand how these D/U ratios are derived, consider the following example:  The desired signal is Analog NTSC with a nominal level of 0 dBc and the undesired signal is 64 QAM with a nominal level of -10 ± 2 dBc.  In the worst case the Analog NTSC signal will be at its weakest level, 3 dB below nominal, (0 dBc - 3 dB = -3 dBc) and the 64 QAM signal will be at its strongest level, 6 dBc above nominal, which itself may be + 2 dB above -10 dBc (-10 dBc + 2 dB + 6 dB = -2 dBc).  Thus the undesired 64 QAM signal is 1 dB stronger than the desired Analog NTSC signal in the worst case.

To understand how these D/U ratios are applied to establish permissible levels for adjacent signals of differing type, consider the following example:  Given a 256

19

VISIBLE 00036128

QAM signal at its minimum permissible absolute level of -12 dBmV, an analog NTSC signal on an adjacent channel is constrained to lie between 0 dBmV, its minimum permissible level, and +4 dBmV, i.e., 16 dB stronger than the 256 QAM signal on the adjacent channel.

### 6.4.1.3 Limits for Digital Signals

Independent of meeting the requirements specified in sections 6.4.1.1 and 6.4.1.2 above, the level of digital signals shall fall within the ranges specified in Table B.15 (QAM FAT) and Table C.5-C.6 (QPSK FDC).

## 6.5 Upstream Transmission Characteristics

The Upstream Transmission Characteristics are contained in Table F. RDC Channel: RF Transmission Characteristics, as provided below.

| | Table F. RDC Channel: RF Transmission Characteristics | |
|---|---|---|
| 1. | RF Transmission Rate | 1.544/3.088 Mbps, ANSI/SCTE 55-2 2002 (formerly DVS 167) |
| | | 256 kbps, ANSI/SCTE 55-1 2002 (formerly DVS 178) |
| 2. | RF Channel Spacing | 1.0/2.0 MHz, ANSI/SCTE 55-2 2002 (formerly DVS 167) |
| | | 192 kHz, ANSI/SCTE 55-1 2002 (formerly DVS 178) |
| 3. | RF Frequency Range | 5 MHz to 42 MHz. *(Note 8)* |
| 4. | Nominal carrier frequency | ANSI/SCTE 55-2 2002 (formerly DVS 167): Any integer multiple of 250 kHz between 5.0 MHz and 42.0 MHz, inclusive. ANSI/SCTE 55-1 2002 (formerly DVS 178): Any integer multiple of 192 kHz between 8.096 MHz and 40.160 MHz, inclusive. |

*Note:*
8. *The cable network may support any portion or all of the 5-42 MHz passband in the upstream direction. The Reverse Data Channels may be present anywhere within the network-supported passband.*

## 7.0 TRANSPORT LAYER PROTOCOLS

### 7.1 Forward Application Transport (FAT) Channels

The MPEG-2 Transport Stream protocol, defined in ISO/IEC 13818-1:2000: MPEG-2 Systems, shall be used as the Transport Layer of the FAT channels. The protocols and messages defined in this layer are used to transport a variety of digital services, including digital audio-visual services, digital multi-media services, and information services.

The protocol stack of MPEG-based services is shown in Figure 6. The digital multiplex and transport system is defined in ANSI/SCTE 54 2003 (formerly DVS 241). It is a

20

VISIBLE 00036129

compatible subset of the MPEG-2 Systems specification defined in ISO/IEC 13818-1:2000.

The overall system multiplexing approach is a combination of multiplexing at two different layers. In the first layer, single program Transport Streams are formed by multiplexing Transport Stream (TS) packets from one or more Packetized Elementary Stream (PES) sources. In the second layer, many single program Transport Streams may be combined to form a multi-program Transport Stream. The multi-program stream includes Program Specific Information (PSI) that identifies each program and its components.

In addition to MPEG-2 Video, AC3 Audio, System Tables and other System Information, MPEG-2 Transport packets may be used to carry other services and information. The MPEG-2 Transport layer allows new ancillary services to be added to the basic service at any time in the future. The transport and other protocol layers for these additional services and information are currently undefined.

| Video, Audio ES | System Tables and other System Information |
|---|---|
| MPEG-2 PES | MPEG-2 PSI and MPEG-2 Private Sections carrying other System Information |
| MPEG-2 TS | |
| FAT Channel Physical Layer | |

**Figure 6  FAT Channel Transport Layer Protocol**

7.2  Out-of-Band Forward Data Channels (FDC)

The out-of-band forward data channels may be used for control and access messages, application code download and electronic program guide data. If capacity is available, other data services may be transmitted through this channel. For on-demand applications, the out-of-band forward channels may be used to support control and signaling flows between the terminal and the media server.

There are alternatives for out-of-band forward channels defined in ANSI/SCTE 55-2 2002 (formerly DVS 167) and ANSI/SCTE 55-1 2002 (formerly DVS 178). The FDCs specified by ANSI/SCTE 55-2 2002 (formerly DVS 167) utilize ATM cell structure to transport information. The FDCs specified by ANSI/SCTE 55-1 2002 (formerly DVS 178) utilize an MPEG-2 TS packet structure to transport information. Detailed descriptions of the MAC processing associated with these alternatives are found in the respective documents,

21

VISIBLE 00036130

ANSI/SCTE 55-2 2002 (formerly DVS 167) and ANSI/SCTE 55-1 2002 (formerly DVS
178).

7.3   Out-of-Band Reverse Data Channels (RDC)

The out-of-band reverse channels carry all traffic from the terminal device to the headend
equipment. The RDCs utilize IP packets with ATM AAL5 to transport information.

## 8.0   SERVICES AND RELATED PROTOCOL STACKS

In this section service and related protocol stacks are defined. Figure 7 and Figure 8 show the
inter-relations among the service channels, logic interfaces and applications.



**Figure 7  Interrelation of Service Channels,
Logic Interfaces and Applications for Scrambled Programming**

22

VISIBLE 00036131



**Figure 8  Interrelation of Service Channels,
Logic Interfaces and Applications for Unscrambled Programming**

8.1   Audio-Visual Services

Audio-Visual services may be provided on either or both the analog channels and the FAT channels. These services include analog and digital broadcast, impulse pay-per-view services, premium, tiered, and basic video services. Analog video and audio shall be NTSC in accordance with current cable-system practice and applicable FCC rules.  The analog service may include both clear and scrambled services (although any scrambled analog service may also be simultaneously carried as a scrambled digital service).  Along with the analog service, data may be sent in the NTSC Vertical Blanking Interval (VBI) lines that are then processed by the terminal device in compliance with FCC 47 CFR part 15.119. The demodulated NTSC signal is the Composite signal defined in SMPTE-170M.

The digital Audio-Visual services provide MPEG-2 compressed video (ISO/IEC 13818-2:2000) and AC-3 audio (ATSC A/52A as constrained per Annex B of ATSC A/53B), broadcast data, and systems information.  A modified protocol stack for both analog and digital Audio-Visual services is shown in Figure 9.  The Video formats that shall be allowed are specified in ANSI/SCTE 43 2003 (formerly DVS 258).  The constraints and extensions that apply to video shall be those specified in ANSI/SCTE 43 2003 (formerly DVS 258). When audio is present, at least one Complete Main audio service shall be present.

23

VISIBLE 00036132

| Video | VBI Data | Stereo /Mono /Pro-logic | Video | Audio | Data |
|---|---|---|---|---|---|
| Composite Video Baseband Signal | | Audio Baseband Signal | PES packet | | |
| | | | Conditional Access | | |
| NTSC Baseband | | | MPEG-2 TS | | |
| | | | 64/256 QAM Baseband Signal | | |
| NTSC/AM-VSB IF | | | 64/256 QAM/IF | | |
| 6-MHz RF Signal (EIA/CEA-542-A) | | | | | |

**Figure 9  Modified Protocol Stack for Audio-Visual Services**

8.2   Data Services

Broadcast data services may be provided via FAT channels and out-of-band FDCs. Standards for data services are in development and may be included in future revisions of this document.

8.3   In-Band Service/System Information

Transport streams containing one or more unscrambled programs that include navigation data shall include service information defined in 5.7.1 of ANSI/SCTE 54 2003 (formerly DVS 241).  System and Service information, when present in a Transport Stream, may describe both scrambled and in-the-clear programming.

| STT | MGT | VCT | RRT | EIT | ETT |
|---|---|---|---|---|---|
| SI_base_PID | | | | EIT_PID | ETT_PID |
| MPEG-2 TS | | | | | |

**Figure 10  Layout of In-Band System Information**

8.4   In-Band Entitlement Control Messages

To avoid renumbering subsequent sections, the material in this section, including Figure 11, has been deleted.

24

VISIBLE 00036133

**Figure 11  Deleted**

8.5   Out-of-Band Service/System Information

When one or more scrambled services are offered on the cable system, System and Service
Information for all services (both scrambled and in-the-clear) shall be carried in an out-of-
band Forward Data Channel, as defined in section 6.3.3 above, using the formats described
in ANSI/SCTE 65 2002 (formerly DVS 234) (see *Note 9* below).  This information is
carried in MPEG-2 private sections mapped into either MPEG-TS packets in ANSI/SCTE
55-1 2002 (formerly DVS 178) or IP/AAL5 packets in ANSI/SCTE 55-2 2002 (formerly
DVS 167).  Figure 12 shows the protocol stack for Service/System Information.

It is the responsibility of the POD module to provide System and Service Information
across the HOST-POD interface in Extended Channel data flows, using *Service_type*
**MPEG_section**, as defined in ANSI/SCTE 65 2002 (formerly DVS 234).  The System and
Service Information provided shall conform to one or more of the profiles specified in
ANSI/SCTE 65 2002 (formerly DVS 234).

*Note:*
9. *(Informative) Profiles 1 through 5 are compatible with terminal devices deployed as of Jan 1,
2000. Terminal devices that are intended to be portable across the US will need to function
with any of the six profiles of ANSI/SCTE 65 2002 (formerly DVS 234). For operational
considerations of various profiles, see section A.3 in ANSI/SCTE 65 2002 (formerly DVS 234).*

| **ANSI/SCTE 55-2 2002 (formerly DVS 167)** | **ANSI/SCTE 55-1 2002 (formerly DVS 178)** |
|---|---|
| OOB-SI<br>ANSI/SCTE 65 2002<br>(formerly DVS 234) | OOB-SI<br>ANSI/SCTE 65 2002<br>(formerly DVS 234) |
| MPEG-2 private section | MPEG-2 private section |
| AAL5 | |
| ATM cell Format | MPEG-2 TS |
| ANSI/SCTE 55-2 2002<br>(formerly DVS 167)<br>PHY | ANSI/SCTE 55-1 2002<br>(formerly DVS 178)<br>PHY |

**Figure 12  Protocol Stack for Out-of-Band Service/System Information**

25

VISIBLE 00036134

## 8.6  Out-of-Band Entitlement Management Messages

Entitlement Management Messages (EMMs) for each POD module deployed by the cable operator shall be carried in the out-of-band Forward Data Channel. EMMs addressed to each POD Module are carried in a well-known VCI/VPI for systems using ANSI/SCTE 55-2 2002 (formerly DVS 167), or the EMM PID described by the Conditional Access Table (CAT) for systems using ANSI/SCTE 55-1 2002 (formerly DVS 178).

EMMs shall be carried in the out-of-band Forward Data Channel and shall be made available to the POD module for processing.  Figure 13 shows the protocol stack for Out-of-Band EMMs.

| **ANSI/SCTE 55-2 2002 (formerly DVS 167)** | **ANSI/SCTE 55-1 2002 (formerly DVS 178)** |
|---|---|
| EMM message | EMM message |
| MPEG-2 private section | MPEG-2 private section |
| AAL5 | EMM PID |
| ATM cell format | MPEG2-TS |
| ANSI/SCTE 55-2 2002 (formerly DVS 167) PHY | ANSI/SCTE 55-1 2002 (formerly DVS 178) PHY |

**Figure 13  Protocol Stack for Out-of-Band EMMs**

## 8.7  Emergency Alert System (EAS)

Emergency Alert System (EAS) is used to alert all viewers of any incoming emergency messages.  The origination of these emergency alert messages could be from a variety of sources: National, State or Local government, and etc.  Emergency alert messages may be conveyed to a viewer by means of a textual overlay on the TV screen or via audio announcements that may pre-empt the audio source of a normal broadcast program.

The EAS message syntax is compatible with MPEG-2 transport and is defined in SCTE 18 2001 (formerly DVS 208).  For inband transmission, messages conforming to SCTE 18 2001 (formerly DVS 208) shall appear in transport packet with the same PID that is used for Service/System Information (SI).  The table ID for the EAS message is 0xD8 as defined in SCTE 18 2001 (formerly DVS 208). The protocol stack is shown in Figure 14. For out-of-band (OOB) transmission, the EAS message shall be transmitted according to SCTE 18 2001 (formerly DVS 208).

VISIBLE 00036135

```
┌─────────────────────────┐
│   EAS (SCTE 18 2001     │
│   (formerly DVS 208))    │
├─────────────────────────┤
│  MPEG-2 Private Section  │
├─────────────────────────┤
│      MPEG-2 TS           │
└─────────────────────────┘
```

**Figure 14  Protocol Stack for Inband EAS**

8.8   Closed Caption

Closed caption data is associated with the video program and encoded by the program provider.  The cable network shall deliver these signals, when available, as specified in the following sub-paragraphs.

8.8.1   Analog Television Programs

For analog television programs, the encoding of the closed caption data shall be in accordance with FCC part 15.119 and EIA/CEA-608-B.  For NTSC, closed caption data, when present, is carried in line 21 of the vertical blanking interval (VBI).

8.8.2   Digital Television Programs

For digital television programs, when closed caption data is provided, it shall be provided in accordance with one or both of two closed caption data formats and in accordance with one or both of two transport mechanisms as defined in sections 5.2.1 and 5.2.2 of ANSI/SCTE 43 2003 (formerly DVS 258).  Changes to closed caption encoding and transport format may occur at any time within a given service.

8.9   Digital Television (DTV) Content Advisory Information

The content advisory descriptor, when present, shall be carried according to section 5.8.3.7 of ANSI/SCTE 54 2003 (formerly DVS 241).

27

VISIBLE 00036136