# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIDI TECHNOLOGIES CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>VISIBLE WORLD, INC. and<br>CSC Holdings, LLC,<br><br>              Defendants. | C.A. No. 11-397-RGA/CJB |

## STIPULATED ORDER OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE

Subject to the Court's approval, Plaintiff Invidi Technologies Corporation ("Invidi") and Defendant CSC Holdings, LLC ("CSC Holdings") hereby stipulate that: (i) all of Invidi's claims against CSC Holdings and all of CSC Holdings counterclaims against Invidi be dismissed with prejudice, with each party to bear its own fees, costs and expenses; (ii) Invidi and CSC Holdings waive all right to appeal from this Stipulated Order; and (iii) the Court shall retain jurisdiction to enforce this Stipulated Order and over any action relating to the Settlement Agreement, Release and Covenants entered into by Invidi and CSC Holdings in connection with the above-captioned action.

It is hereby ORDERED that:

1. Counts II and III of Invidi's First Amended Complaint filed September 14, 2012 (D.I. 104) are dismissed with prejudice; and

2. Counts I through VI of CSC Holdings' Answer and Counterclaims filed September 27, 2012 (D.I. 111) are dismissed with prejudice.

| | |
|---|---|
| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Thomas L. Halkowski* | */s/ Jack B. Blumenfeld* |
| Thomas L. Halkowski, Esquire (#4099) | Jack B. Blumenfeld (#1014) |
| 222 Delaware Avenue, 17th Floor | Regina S.E. Murphy (#5648) |
| P.O. Box 1114 | 1201 North Market Street |
| Wilmington, DE 19899 | P.O. Box 1347 |
| (302) 652-5070 | Wilmington, DE 19899 |
| halkowski@fr.com | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| | rmurphy@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Visible World, Inc. and CSC* |
| *Invidi Technologies Corporation* | *Holdings, LLC* |

SO ORDERED this ____ day of _____, 2013.

_____
U.S. District Court Judge