IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVIDI TECHNOLOGIES CORPORATION,<br><br>                Plaintiff,<br><br>           v.<br><br>VISIBLE WORLD, INC. and CSC HOLDINGS, LLC,<br><br>                Defendants. | C.A. No. 11-397 (RGA) (CJB) |

**STIPULATED ORDER OF DISMISSAL**

Plaintiff Invidi Technologies Corporation ("Invidi") and Defendant Visible World Inc. ("Visible World") request that Invidi's claims against Visible World be dismissed with prejudice and Visible World's counterclaims against Invidi be dismissed without prejudice, with each party to bear its own fees, costs, and expenses. Invidi and Visible World waive all right to appeal from this Stipulated Order. The Court shall retain jurisdiction to enforce this Stipulated Order and over any action relating to the Settlement Agreement entered into by Invidi and Visible World in connection with the above-captioned action.

It is hereby ORDERED that all remaining claims are dismissed as follows:

1. Count I of Invidi's First Amended Complaint filed September 14, 2012 (D.I. 104) is dismissed with prejudice; and

2. Counts I through VI of Visible World's Answer and Counterclaims filed September 27, 2012 (D.I. 110) are dismissed without prejudice.

| | |
|---|---|
| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Thomas L. Halkowski<br>Thomas L. Halkowski (#4099)<br>Warren K. Mabey, Jr. (#5775)<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1114<br>Wilmington, DE 19899-1114<br>(302) 652-5070<br>halkowski@fr.com<br>mabey@fr.com | Regina S.E. Murphy<br>Jack B. Blumenfeld (#1014)<br>Regina S.E. Murphy (#5648)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rmurphy@mnat.com |
| *Attorneys for Invidi Technologies Corporation* | *Attorneys for Visible World, Inc.* |

SO ORDERED this 7th day of November 2013.

/s/ Richard G. Andrews
U.S. District Court Judge